(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court
Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):
**Golfview Developmental Center, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): **36-2935353** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):
**9555 West Golf Road
Des Plaines, IL 60016** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):
**9555 West Golf Road
Des Plaines, IL 60016** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor **9555 West Golf Road**
(if different from street address above):    **Des Plaines, IL 60016** | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

Statistical/Administrative Information (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses pa will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ■ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | |
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | |

THIS SPACE IS FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 07/07/2005
Time: 16:37:55
Debtor: GOLFVIEW DEVELOPMENT CE
Case: 05-27057    Fee : 839
Chapter: 11  Rec. # : 3134853
Judge: Jacqueline Cox

1:05BK27057-BK001

FORM B1, Page 2

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Golfview Developmental Center, Inc.**

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Chicago, IL | 02-04549 | 2/05/02 |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| n/a | n/a | n/a |
| District: n/a | Relationship: n/a | Judge: n/a |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

Date

X *[signed] David Fischer*
Signature of Attorney for Debtor(s)
**David J. Fischer 813745**
Printed Name of Attorney for Debtor(s)
**Wildman, Harrold, Allen & Dixon**
Firm Name
**225 W. Wacker Drive**
**Chicago, IL 60606**
Address
**312-201-2000   Fax: 312-201-2555**
Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed]*
Signature of Authorized Individual
ANTHONY R. MINER
Printed Name of Authorized Individual
PRESIDENT
Title of Authorized Individual
7-6-05
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)   Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GOLFVIEW DEVELOPMENTAL | ) | Case No. _____ |
| CENTER, INC., | ) | |
| | ) | |
| Debtor. | ) | |

## DEBTOR'S LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

[see attached list]

The above-named Debtor hereby verifies that the list of 20 largest unsecured creditors is true and correct to the best of its knowledge.

Date:   July 7, 2005

_____
Anthony R. Miner, President

_____
Attorney for Debtor

Form 4: List of Creditors Holding 20 Largest Unsecured Claims As of July 5, 2005
as claimed by Creditors but not admitted by Debtor

| | Creditor Name | Address | Telephone | Nature of Claim | Amount |
|---|---|---|---|---|---|
| 1 | Health Management Systems | Anthony R. Miner<br>9555 West Golf Road<br>Des Plaines, IL 60016 | (847) 827-6628 | Management Fees -- Pre 2/5/02<br>Management Fees -- Post 2/4/05<br><br>Total | $ 137,008.62<br>$ 1,362,322.76<br><br>$ 1,499,331.38 |
| 2 | Golfview Partnership Venture | Anthony R. Miner<br>9555 West Golf Road<br>Des Plaines, IL 60016 | (847) 827-6628 | Accrued Rent | $ 616,034.09 |
| 3 | Illinois Department of Public Aid | Mashelle Rose<br>Bureau of Prog. & Reimb. Analysis<br>P.O. Box 19491<br>Springfield, IL 62794 | (217) 524-7110 | FY 1999 Penalties<br>FY 2000 Penalties<br>FY 2001 Penalties<br>FY 2002 Penalties<br>FY 2002<br>Audit Recovery<br><br>Total | $ 44,420.00<br>$ 33,724.00<br>$ 17,920.00<br>$ 38,981.00<br>$ 88,721.05<br>$ 271,260.51<br><br>$ 495,026.56 |
| 4 | Glenkirk Association for Retarded Citizens | Robert Suder<br>3504 Commercial Boulevard<br>Northbrook, IL 60062 | (847) 272-5111 | Developmental Training -- 4/05<br>Developmental Training -- 5/05<br>Developmental Training -- 6/05 + Adj.<br>Developmental Training -- 7/07 Estimate<br><br>Total: | $ 127,153.92<br>$ 125,167.14<br>$ 139,715.50<br>$ 26,000.00<br><br>$ 418,036.56 |
| 5 | Bertram L. Miner | Bertram L. Miner<br>950 Sheridan Road<br>Glencoe, IL 60022 | (847) 835-4453 | Shareholder Loans | $ 137,009.76 |
| 6 | American International Companies | P.O. Box 382014<br>Pittsburgh, PA 15250 | (800) 645-2259 | Insurance -- Workers' Compensation<br>(Policies Expiring 12/31/05) | $ 34,502.00 |
| 7 | Philadelphia Insurance Companies | P.O. Box 8500-8955<br>Philadelphia, PA 19178 | (877) 438-1459 | Insurance -- Package<br>(Policies Expiring 12/31/05) | $ 14,013.30 |
| 8 | Professional Medical, Inc. | Matt Barnes<br>1917 Garnet Court<br>New Lenox, IL 60451 | (800) 648-5190 | Medical Supplies | $ 4,085.02 |
| 9 | Simplex-Grinnell | Dept.CH10320<br>Palatine, IL 60055 | (630) 834-2300 | Fire Protection Inspection & Maint | $ 3,567.50 |
| 10 | On-Site Dental Services | Dr. George A. Demeros<br>P.O. Box 3742<br>Barrington, IL 60011 | (847) 508-0101 | Patient Dentistry | $ 3,344.00 |
| 11 | First Insurance Funding Corporation | 450 Skokie boulevard<br>Suite 1000<br>Northbrook, IL 60065 | (800) 837-2511 | Insurance -- EPLI and Bond<br>(Policies Expiring 12/31/05) | $ 3,363.14 |
| 12 | Midwest Mechanical Services | 540 Executive Drive<br>Willowbrook, IL 60527 | (800) 214-3690 | HVAC Maintenance and Repair | $ 2,049.50 |
| 13 | Direct Supply Equipment | Box 88201<br>Milwaukee, WI 53288 | (414) 358-2805 | Plant Supplies and Equipment | $ 1,664.40 |
| 14 | Keyth Technologies, Inc. | P.O. Box 1132<br>Glenview, IL 60025 | (847) 433-0000 | Security System Repairs | $ 1,463.43 |
| 15 | Comprehensive Therapeutics, Ltd | 3703 West Lake Avenue<br>Suite #200<br>Glenview, IL 60025 | (847) 998-1188 | Occupational Therapy, Speech/Language,<br>and Therapeutic Recreation Consultation | $ 1,336.75 |
| 16 | Netsight | Rick Agnew<br>5 Revere Drive<br>Suite 200<br>Northbrook, IL 60062 | (847) 559-0880 | Computer Maintenance/Internet Access | $ 1,190.90 |
| 17 | Meikem Supply, Inc. | Bob Meier<br>50 Joey Drive<br>Elk Grove Village, IL 60007 | (847) 427-3344 | Laundry and Kitchen Chemicals | $ 1,055.58 |
| 18 | Anderson Elevator | Greg Gibbs<br>South West Industries<br>2801 South 19th Avenue<br>Broadview, IL 60155 | (708) 345-9710 | Elevator Repairs and Maintenance | $ 1,000.00 |
| 19 | Dr. Brian Chicoine | Advocate Medical Group<br>1999 Dempster Street<br>Park Ridge, IL 60068 | (847) 318-02303 | Medical Director | $ 1,000.00 |
| 20 | The Brickman Group | P.O. Box 71358<br>Chicago, IL 60694 | (847) 956-3900 | Landscaping | $ 962.13 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re: Golfview Developmental Center, Inc.   Bankruptcy Case Number: _____

**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors: _____46_____

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: __July 7, 2005__

_____
Debtor

_____
Attorney for Debtor

creditor.txt

A.N.S.I., Inc.
P.O. Box 95109
Palatine, IL  60095

American International Companies
P.O. Box 382014
Pittsburgh, PA 15250

Anderson Elevator Co.
South West Industries, Inc.
2801 South 19th Avenue
Broadview, IL 60155

Anderson Lock Co., LTD
P.O. Box 2294
Des Plaines, IL 60017

Anderson Pest Control
219 W. Diversey
Elmhurst, IL 60126

Automatic Appliance parts
7757 West Lawrence Avenue
Norridge, IL 60706

Ballert
2445 W. Peterson Avenue
Chicago, Il 60659

Bechtold Vision Services
1014 Mapleton Avenue
Oak Park, IL 60302

Bertram L. Miner
950 Sheridan Road
Glencoe, IL 60022

Comprehensive Therapeutics, LTD
3703 West Lake Avenue
Suite 200
Glenview, IL 60025

Cozzini Brothers, Inc.
P.O. Box 46489
Chicago, IL 60646

Cynthia Chow & Associates
5061 N. Pulaski
Chicago, IL 60630

Direct Supply Equipment
Box 88201
Milwuakee, WI 53288

Dr. Brian Chicoine
C/O Advocate Medical Group
1999 Dempster Street
Park Ridge, IL 60068

Empire Cooler Service
940 West Chicago Avenue
Chicago, IL 60622

```
                                                creditor.txt
Englewood Electric Supply Co.
P.O. Box 802578
Chicago, IL 60680

Express Printing Center
309 N. Wolf Road
Wheeling, IL 60090

First Insurance Funding Corporation
450 Skokie Boulevard
Suite #1000
Northbrook, IL 60065

GCS Service
P.O. Box 18688
Indianapolis, IN 46218

Glenkirk Association for Retarded Citizens
3504 Commercial Drive
Northbrook, IL 60062

Golfview Partnership Venture
Attn:  Anthony R. Miner
9555 West Golf Road
Des Plaines, IL 60016

Health Data Systems, Inc.
1515 E. Woodfield Road
Suite 104
Schaumburg, IL 60173

Health Management Systems
Attn:  Anthony R. Miner
9555 West Golf Road
Des Plaines, IL 60016

Illinois Health Care Association
P.O. Box 20099
Springfield, IL 62708

Just Faucets
540 S. Arthur Avenue
Arlington Heights, IL 60005

Keyth Technologies, Inc.
P.O. Box 1132
Glenview,IL 60025

Lake County Medical Gas
1421 S. Armour Boulevard
Mundelein, IL 60060

M-I-L Staffing
9400 W. Foster
Suite #L10
Chicago, IL 60656

Medical Waste Solutions, Inc.
P.O. Box 64787
Gary, IN 46401

Medwear - Your Choice in Linen & Textiles
2201 Main Street
                                                Page 2
```

creditor.txt

Evanston, IL 60202

Meikem Supply, Inc.
50 Joey Drive
Elk Grove Village, IL 60007

Metro Professional Products
1555 A Industrial Drive
Itasca, IL 60143

Microfilm Equipment & Supplies
2608 East Devon Avenue
Des Plaines, IL 60018

Midwest Mechanical Services
540 Executive Drive
Willowbrook, IL 60527

Netsight, Inc.
5 Revere Drive
Suite 200
Northbrook, IL 60062

Omnicare of Northern Illinois
Billing Department
2313 S. Mount Prospect
Des Plaines, IL 60018

On Site Dental Services
George A. Demeros
P.O. Box 3742
Barrington, IL 60011

Philadelphia Insurance Companies
P.O. Box 8500-8955
Philadelphia, PA 19178

Plumbmaster
P.O. Box 890845
Charlotte, NC 28289

Prime Office Products
400 S. Jefferson Street
Suite #302
Chicago, IL 60607

Professional Medical, Inc.
1917 Garnet Court
New Lenox, IL 60451

Sammons Preston Rolyan
P.O. Box 93040
Chicago, IL 60673

Shred-It, Inc.
829 Blackhawk Drive
Westmont, IL 60559

securtek
1255 Armour Boulevard
Mundelein, IL 60060

Simplex Grinnell

creditor.txt

Dept. Ch 10320
Palatine, IL 60055

The Brickman Group, Ltd.
P.O. Box 71358
Chicago, IL 60694