IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GOLFVIEW DEVELOPMENTAL | ) | Case No.  05-27057 |
| CENTER, INC., | ) | |
| | ) | Honorable Jacqueline P. Cox |
| Debtor. | ) | |

## NOTICE OF HEARING REGARDING FINAL FINANCING ORDER

TO:    Attached Service List

**PLEASE TAKE NOTICE AS FOLLOWS:**

1.    On July 14, 2005, the Court held a hearing regarding the Debtor's Motion for Entry of Interim and Final Orders Authorizing Secured Postpetition Financing Pursuant to 11 U.S.C. §364(c) and (d) (the "Motion"). A copy of such Motion was previously served upon you. If you require another copy, please contact the Debtor's attorney, Scott A. Semenek at the address and telephone number listed at the bottom of this notice. At the July 14, 2005 hearing, the Court granted the Debtor's request for entry of an Interim Financing Order.

2.    The Court has set a hearing date of September 28, 2005 at 10:00 a.m. for the Debtor's request for entry of a Final Financing Order. A copy of the proposed Final Financing Order is included herewith.  The hearing will take place before the Honorable Jacqueline P. Cox in Room 619 of the U.S. Courthouse, 219 South Dearborn St., Chicago, Illinois.

3.    Any objections to the entry of the attached Final Financing Order should be filed with the Court and served upon counsel for Golfview at the address listed below and M. Gretchen Silver, counsel for the United States Trustee, at 227 W. Monroe St., Suite 3350, Chicago, IL  60606.

**DATED** this 15th day of September, 2005.

GOLFVIEW DEVELOPMENTAL CENTER, INC.

By:_____/s/ Jeffrey L. Gansberg_____
One of Its Attorneys

David J. Fischer (Atty. #813745)
Scott A. Semenek (Atty. #6209999)
Jeffrey L. Gansberg (Atty. #6242943)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 201-2000

1577988_1.DOC

## CERTIFICATE OF SERVICE

      I, Jeffrey L. Gansberg, an attorney, certify that I caused a true and correct copy of the **Notice of Hearing Regarding Final Financing Order** and **Order Authorizing (i) Secured Postpetition Financing Pursuant to 11 U.S.C. § 364(c) and (d) and (ii) Adequate Protection Pursuant to 11 U.S.C. § 364** to be served via Overnight Mail upon the U.S. Trustee, the Debtor's twenty largest unsecured creditors, the Debtor's pre and post-petition lender, and other parties in interest at the addresses listed on the attached Service List from 225 W. Wacker Drive, Chicago, IL on September 15, 2005.


                                        /s/ Jeffrey L. Gansberg
                                        JEFFREY L. GANSBERG

## GOLFVIEW DEVELOPMENTAL CENTER, INC.
## SERVICE LIST

Health Management Systems
Attn: Anthony R. Miner
9555 West Golf Road
Des Plaines, IL 60016
Phone: 847-827-6628
Fax: 847-827-0948

Illinois Department of Public Aid
Attn: Mashelle Rose
Bureau of Prog. & Reimb. Analysis
P.O. Box 19491
Springfield, IL 62794
Phone: 217-524-7110
Fax: 217-524-2530

Bertram L. Miner
950 Sheridan Road
Glencoe, IL 60022
Phone: 847-835-4453
Fax: 847-835-4711

Philadelphia Insurance Companies
P.O. Box 8500-8955
Philadelphia, PA 19178

Simplex-Grinnell
Dept. CH 10320
Palatine, IL 60055
Phone: 630-834-2300
Fax: 630-948-1150

First Insurance Funding Corporation
450 Skokie Boulevard
Suite #1000
Northbrook, IL 60065
Phone: 800-837-2511
Fax: 847-509-7115

Golfview Partnership Venture
Attn: Anthony R. Miner
9555 West Golf Road
Des Plaines, IL 60016
Phone: 847-827-6628
Fax: 847-827-0948

Glenkirk Association for Retarded Citizens
Attn: Robert Suder
3504 Commercial Drive
Northbrook, IL 60062
Phone: 847-272-5111
Fax: 847-272-7350

American International Companies
P.O. Box 382014
Pittsburgh, PA 15250
Phone: 800-645-2259
Fax:

Professional Medical, Inc.
Attn: Matt Barnes
1917 Garnet Court
New Lenox, IL 60451
Phone: 800-648-5190
Fax: 815-726-7416

On-Site Dental Services
Attn: Dr. George A. Demeros
P.O. Box 3742
Barrington, IL 60011

Midwest Mechanical Services
540 Executive Drive
Willowbrook, IL 60527
Phone: 800-214-3690
Fax: 630-655-0730

Direct Supply Equipment
Box 88201
Milwuakee, WI 53288
Phone: 414-358-2805
Fax: 414-358-6811

Comprehensive Therapeutics, LTD
3703 West Lake Avenue
Suite 200
Glenview, IL 60025

Meikem Supply, Inc.
Attn: Bob Meier
50 Joey Drive
Elk Grove Village, IL 60007
Phone: 847-427-3344
Fax: 847-427-3348

Dr. Brian Chicoine
Advocate Medical Group
1999 Dempster Street
Park Ridge, IL 60068

Mr. Bill Belkov
Field Examiner
National Labor Relations Board, Region 13
200 West Adams Street – Suite 800
Chicago, Illinois 60606-5208
Fax: 312-886-1341

M. Gretchen Silver
Office of United States Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606
Fax: 312-886-5794

American Honda Finance Corp.
P.O. Box 650024
Dallas, TX 75265

Keyth Technologies, Inc.
P.O. Box 1132
Glenview, IL 60025
Phone: 847-433-0000
Fax: 847-926-0008

Netsight, Inc.
Attn: Rick Agnew
5 Revere Drive
Suite 200
Northbrook, IL 60062
Phone: 847-559-0880
Fax: 847-559-0890

Anderson Elevator Co.
Attn: Greg Gibbs
South West Industries, Inc.
2801 South 19th Avenue
Broadview, IL 60155
Phone: 708-345-9710
Fax: 708-345-9507

The Brickman Group, Ltd.
P.O. Box 71358
Chicago, IL 60694
Phone: 847-956-3900

Ms. Julie Kwiek
Director of Collective Bargaining
SEIU, Local 4
7026 West North Avenue
Chicago, Illinois 60707
Phone: 773-889-7348
Fax: 773-836-9623

Vicki Peloguin
Parkway Bank & Trust Co.
4820 North Harlem Avenue
Harwood Heights, IL 60706
Phone: 708-867-6600
Fax: 708-867-1119

Ford Credit
P.O. Box 219825
Kansas City, MO 64121-9825

ComEd
P.O. Box 805376
Chicago, IL 60680-5376

McLeod USA
P.O. Box 3243
Milwaukee, WI 53201-3243

Richard N. Golding
Weinberg Richmond LLP
333 W. Wacker Drive
Suite 1800
Chicago, IL 60606-1228
Phone: 312-845-2512
Fax: 312-807-3903

Mr. Bill Belkov
Field Examiner
National Labor Relations Board, Region 13
209 S. LaSalle
Chicago, Illinois 60604

Santanna Energy Services
P.O. Box 200024
Houston, TX 77216-0024

Illinois American Water
P.O. Box 578
Alton, IL 62002-0578

Golfview Realty Partnership
9555 West Golf Road
Des Plaines, IL 60016

Amalgamated Trust and Savings Bank, as
  Trustee Under Trust 3332
9555 West Golf Road
Des Plaines, IL 60016

1551926_1.DOC                              3