## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GOLFVIEW DEVELOPMENTAL CENTER, INC., | ) | Case No. 05 B 27057 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |

### <u>NOTICE OF APPLICATION AND HEARING</u>

To:   See Attached

**PLEASE TAKE NOTICE** that on **September 24, 2008** at **9:30 a.m.** in Courtroom **619**, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 (the "Hearing"), Foley & Lardner LLP, former Special Medicaid and Medicare Counsel for Golfview Developmental Center, Inc., will seek an award of final compensation and reimbursement of expenses. The application, a copy of which is on file with the Clerk of the Bankruptcy Court, covers the following period and seeks the following amount:

| Applicant | Time Period | Amount Requested |
|---|---|---|
| Foley & Lardner LLP, former Special Medicaid and Medicare Counsel to the Debtor | October 1, 2007 through July 31, 2008 | $16,357.50 in fees and $961.96 in expenses |
| | | |

DATE: September 3, 2008

Respectfully submitted,

FOLEY & LARDNER LLP,

By:____/s/ Michael J. Small_____
    Michael J. Small (#6207645)
    Lars A. Peterson (#6293551)
    Foley & Lardner LLP
    321 North Clark Street, Suite 2800
    Chicago, IL  60610
    (312) 832-4500

    *Former Special Medicaid and Medicare*
    *Counsel to the Debtor*

## CERTIFICATE OF SERVICE

I, Lars A. Peterson, an attorney, on oath state that on September 3, 2008, I caused a true and accurate copy of the foregoing **NOTICE OF HEARING and SIXTH AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF FOLEY & LARDNER LLP AS SPECIAL MEDICAID AND MEDICARE COUNSEL TO THE DEBTOR**, to be served upon the following individuals as listed on the attached service list, via first class U.S. mail, postage prepaid.

_____/s/ Lars A. Peterson_____

## GOLFVIEW DEVELOPMENTAL CENTER, INC.
## SERVICE LIST

David J. Fischer
Scott A. Semenek
Jeffrey L. Gansberg
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606

Golfview Partnership Venture
Attn:  Anthony R. Miner
9555 West Golf Road
Des Plaines, IL 60016

Glenkirk Association for Retarded Citizens
Attn:  Robert Suder
3504 Commercial Drive
Northbrook, IL 60062

American International Companies
c/o AIG Claims Services
P.O. Box 25971
Shawnee Mission, Kansas 66225

Professional Medical, Inc.
Attn:  Matt Barnes
1917 Garnet Court
New Lenox, IL 60451

On-Site Dental Services
Attn:  Dr. George A. Demeros
P.O. Box 3742
Barrington, IL 60011

Midwest Mechanical Services
540 Executive Drive
Willowbrook, IL 60527

Keyth Technologies, Inc.
P.O. Box 1132
Glenview, IL 60025

Health Management Systems
Attn:  Anthony R. Miner
9555 West Golf Road
Des Plaines, IL 60016

Illinois Department of Public Aid
Attn:  Mashelle Rose
Bureau of Prog. & Reimb. Analysis
P.O. Box 19491
Springfield, IL 62794

David L. Shaw
Attorney for Bertram L. Miner
Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60610

Philadelphia Insurance Companies
Mid-Atlantic Region
801 East Park Drive, Suite 102
Harrisburg, PA 17111

Simplex-Grinnell
Dept CH 10320
Palatine, IL 60055

First Insurance Funding Corporation
460 Skokie Boulevard
Suite #1000
Northbrook, IL 60065

Direct Supply Equipment
Box 88201
Milwaukee, WI 53288

Comprehensive Therapeutics, Ltd.
3703 West Lake Avenue, Suite 200
Glenview, IL 60025

Netsight, Inc.
Attn: Rick Agnew
5 Revere Drive, Suite 200
Northbrook, IL 60062

Anderson Elevator Co.
Attn:  Greg Gibbs
South West Industries, Inc.
2801 South 19th Avenue
Broadview, IL 60155

The Brickman Group, Ltd.
P.O. Box 71358
Chicago, IL 60694

Ms. Julie Kwiek
Director of Collective Bargaining
SEIU, Local 4
7026 West North Avenue
Chicago, IL 60707

Vicki Peloguin
Parkway Bank & Trust Co.
4820 North Harlem Avenue
Harwood Heights, IL 60706

Ford Credit
P.O. Box 219825
Kansas City, MO 64121-9825

Santana Energy Services
P.O. Box 200024
Houston, TX 77216-0024

Illinois American Water
P.O. Box 578
Alton, IL 62002-0578

Meikem Supply, Inc.
Attn:  Bob Meier
50 Joey Drive
Elk Grove Village, IL 60007

Dr. Brian Chicoine
Advocate Medical Group
1999 Dempster Street
Park Ridge, IL 60068

Chicago (Region 13)
National Labor Relations Board
Regional Director: Joseph A. Barker
The Rookery Building
209 South LaSalle Street, Suite 900
Chicago, IL 60604-5208

M. Gretchen Silver
Office of the United States Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

American Honda Finance Corp.
P.O. Box 650024
Dallas, TX 75265

ComEd
P.O. Box 805376
Chicago, IL 60680-5376

McLeod USA
P.O. Box 3243
Milwaukee, WI 53201-3243

Richard N. Golding
Weinberg Richmond LLP
333 W. Wacker Drive, Suite 1800
Chicago, IL 60606-1228

2

Golfview Realty Partnership
9555 West Golf Road
Des Plaines, IL 60016

George Hemberger
SEIU Local 4
7026 West North Avenue
Chicago, IL 60707

William J. Wire
Administer
Local No. 4 Health and Welfare Fund
7026 West North Avenue
Chicago, IL 60707

Health Data Systems, Inc.
1515 E. Woodfield Road
Suite 104
Schaumburg, IL 60173

Securtek
1255 Armour Boulevard
Mundelein, IL 60060

Cynthia Chow & Associates
5061 N. Pulaski
Chicago, IL 60630

Northern Illinois Clinical Lab.
306 Era Drive
Northbrook, IL 60602

Omnicare of Northern Illinois
Billing Department
2313 S. Mount Prospect
Des Plaines, IL 60018

HRM Recruitment Firm
Presidential Towers
100 E. Chicago Street, Suite #400
Elgin, IL 60120

Bechtold Vision Services
1014 Mapleton Avenue
Oak Park, IL 60302

Ricoh Business Systems
P.O. Box 73213
Chicago, IL 60673

Anderson Pest Control
219 W. Diversey
Elmhurst, IL 60126

Maxim Healthcare Services
12558 Collections Center Drive
Chicago, IL 60693

Pitney Bowes Credit Corp.
P.O. Box 856460
Louisville, KY 40285

Savin Credit Corp.
21146 Network Place
Chicago, IL 60673

Microfile Equipment & Supplies
2608 East Devon Avenue
Des Plaines, IL 60018

LifeStyle Options, Inc.
999 N. Plaza Drive, Suite 790
Schaumburg, IL 60173-5409

Currie Motors Ford
9423 W. Lincoln
Frankfort, IL 60423-1398

Christopher H. Purcell
Sherman & Sherman
120 S. LaSalle Street
Chicago, IL 60603

3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GOLFVIEW DEVELOPMENTAL CENTER, INC., | ) | Case No. 05 B 27057 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |

## SIXTH AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF FOLEY & LARDNER LLP AS SPECIAL MEDICAID AND MEDICARE COUNSEL TO THE DEBTOR

Foley & Lardner LLP ("Foley"), as former Special Medicaid and Medicare Counsel to Golfview Developmental Center, Inc. (the "Debtor"), respectfully submits this Sixth and Final Application for Allowance of Fees and Reimbursement of Expenses of Foley (the "Application") for compensation of legal fees in the amount of $16,357.50 and reimbursement of expenses in the amount of $961.96 incurred from October 1, 2007 through July 31, 2008 (the "Relevant Period") pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2002(a)(7). In support of this Application, Foley respectfully represents as follows:

## II. Background

1.      On July 7, 2005, the Debtor filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code.

2.      On October 12, 2005, this Court entered an Order authorizing the employment and retention of Foley as Special Medicaid and Medicare Counsel to the Debtor.

3.      On July 14, 2008, the firm of Polsinelli Shalton Flanigan Suelthaus PC ("Polsinelli") filed its Application for Order Authorizing Employment and Retention of Special

Medicaid and Medicare Counsel, seeking to substitute Polsinelli in place of Foley as Special Medicaid and Medicare Counsel to the Debtor.

4.      On July 16, 2008, this Court entered an Order Authorizing Employment and Retention of Special Medicaid and Medicare Counsel for Debtor, which authorized the employment of Polsinelli, and terminated the employment of Foley.

5.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper pursuant to 28 U.S.C. § 1409. The statutory predicates for the relief sought herein are §§ 330 and 331 of the Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

### III.    Relief Requested

6.      This is Foley's sixth and final request for an award of fees and reimbursement of expenses pursuant to the provisions of 11 U.S.C. § 331. The fees and expenses for which compensation and reimbursement are sought are actual, reasonable and necessary, within the meaning of § 330(a) of the Code.

### A.    Compensation of Foley's Fees

7.      Section 330(a) of the Code governs compensation of professionals in bankruptcy matters. See In the Matter of UNR Industries, Inc., 986 F.2d 207, 208 (7th Cir. 1993). Section 330(a) provides, in relevant part, as follows:

> the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(E) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3). "In section 300 and its legislative history Congress expressed its intent that compensation in bankruptcy matters be commensurate with the fees awarded for comparable services in non-bankruptcy cases." UNR Industries, Inc., 986 F.2d at 209.

8.    Foley has rendered substantial and valuable professional services that have resulted in a benefit to the creditors of the Debtor's estate, and that were beneficial to the administration of this case. Foley respectfully submits that its services were provided with the requisite level of skill and were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problems, issues, and tasks addressed. Foley has charged its customary fees, which are reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title. The amount sought in compensation is in line with awards in similar cases and is commensurate with the professional standing, ability and expertise of Foley and the professionals who have participated in this case. Accordingly, the compensation requested herein reflects the reasonable value of the services provided to the Debtor.

9.    During the Relevant Period, the following attorneys and para-professionals performed services in this case, at the rates and for the number of hours indicated as follows:

| Attorneys | Hours | Avg. Hourly Rate | Amount |
|---|---|---|---|
| Jonathan E. Aberman | 0.2 | $455.00 | $91.00 |
| Jason T. Lundy | 8.1 | $408.15 | $3,306.00 |
| Edwin D. Mason | 0.3 | $555.00 | $166.50 |
| Lars A. Peterson | 2.8 | $290.00 | $783.00 |
| Charles P. Sheets | 21.0 | $492.64 | $10,345.50 |

| | | | |
|---|---|---|---|
| Derek L. Wright | 2.1 | $400.00 | $840.00 |
| **Para-professionals** | | | |
| Trisha R. Denson | 2.5 | $90.00 | $225.00 |
| Katherine E. Hall | 3.3 | $181.97 | $600.50 |
| **Total** | 41.3 | | $16,357.50 |

10.    During the Relevant Period, Foley has acted as special heath care counsel to Debtor and targeted the majority of its efforts to negotiate a higher Medicaid reimbursement rate from the Illinois Department of Human Services in order to increase revenue.  Foley also prepared its fifth interim fee application for presentation to this Court in November, 2007.

11.    Foley has been mindful of the need to avoid undue legal fees in this case and has taken all reasonable steps to provide cost-effective representation while rendering services with the highest degree of skill and professionalism.

12.    Foley has endeavored to eliminate duplication of effort by giving primary responsibility of the case to one partner, while staffing other attorneys on an as-needed basis.

13.    During the Relevant Period, Foley professionals provided a total of 41.3 hours of legal services to the Debtor in this case.  Detailed descriptions of the tasks performed and the results therefrom are set forth in Section III, below.  Additionally, Foley's monthly invoices, attached hereto as Exhibits A though J, set forth the itemization of the legal services rendered by Foley, describing such services according to the specific tasks performed and identifying:  (a) the professional who performed them; (b) the time taken to perform them; and (c) the dates on which the task was performed.

**B.    Reimbursement of Expenses**

14.    Pursuant to § 330(a)(1)(B) of the Code, the Court may award a professional "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(B).  Accordingly, Foley

seeks reimbursement of the actual, necessary expenses that it incurred during the period covered by this Application. During the Relevant Period, Foley incurred out-of-pocket expenses in connection with its representation of the Debtor in this case in the aggregate amount of $961.96. Each expense was actually and necessarily required in the representation of the Debtor. Itemized lists of these expenses are included in <u>Exhibits A through J</u> attached hereto.

15.    Charges for electronic research, overnight delivery, postage, long distance telephone calls, and other out-of-pocket disbursements are based on the actual amounts paid by Foley for those services. Foley typically charges its clients $0.10 per copy and $0.50 per page for facsimiles sent.

## IV.    Narrative Summary of Services Rendered by F&L

16.    Detailed statements of the services rendered on this matter during the Relevant Period are attached as <u>Exhibits A through J</u> hereto. The legal services performed on behalf of the Debtor during the Relevant Period are as follows:

## A.    Medicaid and Medicare-Related Services

17.    During the Relevant Period, Foley devoted the majority of time, a total of 41.3 hours of professional time as special heath care counsel to Debtor negotiating a higher Medicaid reimbursement rate from the Illinois Department of Human Services in order to increase revenue. Specifically, Foley lobbied the State of Illinois, researched and drafted rulemaking that could implement a change in Medicaid reimbursement rates for the Debtor, and researched and analyzed the Social Security Act to determine whether such rulemaking would be approved and added to the State of Illinois Medicaid Plan.

18.    The following attorneys were involved in these matters:

| Attorneys | Hours | Avg. Hourly Rate | Amount |
|---|---|---|---|
| Jason T. Lundy | 8.1 | $408.15 | $3,306.00 |

| | | | |
|---|---|---|---|
| Edwin D. Mason | 0.3 | $555.00 | $166.50 |
| Charles P. Sheets | 21.0 | $492.64 | $10,345.50 |
| **Para-professionals** | | | |
| Trisha R. Denson | 2.5 | $90.00 | $225.00 |
| **Total** | 31.4 | | $13,803.00 |

**B.    Fee Applications**

19.    During the Relevant Period, Foley expended a total of 8.9 hours of professional time in connection with preparing its fifth fee application in this bankruptcy case and presenting it to this Court for approval.  The following attorneys and para-professionals were involved in these matters:

| **Attorneys** | **Hours** | **Hourly Rate** | **Amount** |
|---|---|---|---|
| Jonathan E. Aberman | 0.2 | $455.00 | $91.00 |
| Charles P. Sheets | 0.5 | $480.00 | $240.00 |
| Derek L. Wright | 2.1 | $400.00 | $840.00 |
| Lars A. Peterson | 2.8 | $290.00 | $783.00 |
| **Para-professionals** | | | |
| Katherine E. Hall | 3.3 | $181.97 | $600.50 |
| **Total** | 8.9 | | $2,554.50 |

**V.    General Matters**

20.    All of the professional services for which compensation is requested herein were performed by Foley for and on behalf of the Debtor and not on behalf of any other person or entity.

21.    No agreement or understanding exists between Foley and any other person for sharing compensation received in connection with this case nor has any other person or entity agreed to provide Foley with compensation for the legal services described herein.

## VI.     Notice

22.     A copy of this Application has been served on the Debtor and its counsel, the

Office of the United States Trustee, the Debtor's pre and post-petition lender and all other parties

requesting notice of all papers and pleadings in this bankruptcy case.

WHEREFORE, Foley respectfully requests that this Court enter an Order:

a.     Granting this Application;

b.     Allowing payment to Foley for compensation of legal fees in the aggregate amount of $16,357.50 for professional services rendered to the Debtor from October 1, 2007 through July 31, 2008;

c.     Allowing payment to Foley in the amount of $961.96 for reimbursement of expenses incurred by Foley from October 1, 2007 through July 31, 2008; and

d.     Granting Foley such other and further relief as this Court deems just and proper.

DATE:  September 3, 2008

Respectfully submitted,

FOLEY & LARDNER LLP,

By:    /s/ Michael J. Small
       Michael J. Small (#6207645)
       Lars A. Peterson (#6293551)
       Foley & Lardner LLP
       321 North Clark Street, Suite 2800
       Chicago, IL  60610
       (312) 832-4500

       *Former Special Medicaid and Medicare
       Counsel to the Debtor*



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Golfview Developmental Center
9555 West Golf Road
Des Plaines, IL 60016

Date: November 27, 2007
Invoice No.: 28111830
Our Ref. No.: 058983-0101

Services through
October 31, 2007

| | |
|---|---|
| Amount due for professional services rendered regarding GENERAL | $4,767.00 |
| Total Expenses: | $105.82 |
| Invoice Total: | $4,872.82 |
| **Total Amount Due:** | **$4,872.82** |



EXHIBIT

A

**Please reference your account number 058983-0101 and your invoice number 28111830 with your remittance payable to Foley & Lardner LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

CHI2_1690381.1



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29073512

Page 2
Foley & Lardner LLP
August 6, 2008

---

## Professional Services Detail

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/1/08 | KEHA | Begin preparation of fee application. | 0.20 | $37.00 |
| 7/1/08 | LPE | Coordinate gathering of documents for preparation of fee application (.4); draft correspondence to K. Henchel and E. Figueroa re invoices (.2). | 0.60 | $174.00 |
| 7/2/08 | KEHA | Work on fee application. | 1.20 | $222.00 |
| 7/3/08 | KEHA | Work on fee application and circulate draft to L. Peterson. | 0.70 | $129.50 |
| 7/15/08 | LPE | Review draft of sixth interim fee application (.2); phone K. Hall re same (.1); revise draft fee application (.3). | 0.60 | $174.00 |
| 7/15/08 | KEHA | Telephone conference with L. Peterson regarding status of fee application (.1); review e-mail from L. Peterson regarding paragraph 11 in draft of fee application and applicability to be sure to add all the client names in parenthesis that Tom worked on for that date period (.1). | 0.20 | $37.00 |
| | | Services Total: | 3.50 | $773.50 |

## Expenses Incurred

| Description | Amount |
|-------------|--------|
| Search Fees | $0.96 |
| Expenses Total: | $0.96 |

---

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

# ∎FOLEY

**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29073512

Page 3
Foley & Lardner LLP
August 6, 2008

**Search Fees**

| 07/24/08 | Search Fees - - Vendor:  Us Courts Ao-pacer Service Center Search Fees | 0.96 |
|---|---|---|
| | | $0.96 |
| | Expenses Total: | $0.96 |

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 28111830

Page 4
Foley & Lardner LLP
November 27, 2007

Expense Detail

**Electronic Legal Research Services**

| | | |
|---|---|---|
| 10/20/07 | Electronic Legal Research Services - Westlaw | 22.41 |
| | | $22.41 |

**Mailing Expense**

| | | |
|---|---|---|
| 10/31/07 | Mailing Expense | 79.81 |
| | | $79.81 |

**Search Fees**

| | | |
|---|---|---|
| 10/31/07 | Search Fees - - Vendor:  Us Courts Ao-pacer Service Center Search Fees | 3.60 |
| | | $3.60 |
| | Expenses Total: | $105.82 |

# ▪FOLEY

**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Golfview Developmental Center
9555 West Golf Road
Des Plaines, IL 60016

Date: December 13, 2007
Invoice No.: 28119172
Our Ref. No.: 058983-0101

---

Services through
November 30, 2007

Amount due for professional services rendered regarding          $1,907.00
GENERAL

Total Expenses:          $1.48

Invoice Total:          $1,908.48

**Total Amount Due:**          **$1,908.48**

EXHIBIT

B

**Please reference your account number 058983-0101 and your
invoice number 28119172 with your remittance payable to Foley & Lardner
LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 28119172

Page 2
Foley & Lardner LLP
December 13, 2007

## Professional Services Detail

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/1/07 | KEHA | Docket hearing date for interim fee application and prepare attorney for same hearing. | 0.20 | $35.00 |
| 11/2/07 | CPS | Telephone conference with T. Miner regarding meeting in Springfield with Union next week. | 0.40 | $192.00 |
| 11/2/07 | JTL | Telephone call with Ms. Alikhan at IDPH to negotiate settlement of January 2007 IDPH case. | 0.30 | $120.00 |
| 11/8/07 | CPS | Telephone conference with T. Miner regarding opening day training program (.2); conference with M. Murer regarding purchasing any existing day training program (.3). | 0.50 | $240.00 |
| 11/15/07 | DLWR | Reviewing interim fee application to prepare for hearing on Tuesday (.5); correspondence regarding the same (.2). | 0.70 | $280.00 |
| 11/20/07 | DLWR | Attended hearing on interim fee application (1.0); reviewing related documents prior (.4). | 1.40 | $560.00 |
| 11/28/07 | CPS | E-mail exchange with T. Miner regarding tomorrow's phone conference. | 0.20 | $96.00 |
| 11/29/07 | CPS | Telephone conference with T. Miner, B. Miner and bankruptcy counsel regarding union issues and rate strategy (.4); e-mail exchange regarding support rate (.4). | 0.80 | $384.00 |
| | | Services Total: | 4.50 | $1,907.00 |

## Expenses Incurred

| Description | Amount |
|-------------|--------|
| Mailing Expense | $1.48 |
| Expenses Total: | $1.48 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 28119172

Page 3
Foley & Lardner LLP
December 13, 2007

Expense Detail

**Mailing Expense**

| | | |
|---|---|---|
| 11/09/07 | Mailing Expense | 1.48 |
| | | $1.48 |
| | Expenses Total: | $1.48 |

# ▌FOLEY

**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Golfview Developmental Center
9555 West Golf Road
Des Plaines, IL 60016

Date: January 9, 2008
Invoice No.: 28128499
Our Ref. No.: 058983-0101

---

Services through
December 31, 2007

Amount due for professional services rendered regarding
GENERAL                                                                    $1,768.00

Invoice Total:        $1,768.00

**Total Amount Due:**        **$1,768.00**



**Please reference your account number 058983-0101 and your
invoice number 28128499 with your remittance payable to Foley & Lardner
LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 28128499

Page 2
Foley & Lardner LLP
January 9, 2008

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 12/3/07 | JTL | Voicemail from Mr. Miner regarding recent survey and IDPH citations (.1); draft e-mail response regarding analysis of IDPH action and agreement with arguments to contest citation (.3). | 0.40 | $160.00 |
| 12/4/07 | JTL | Telephone call with Ms. Waters to follow-up on IDPH survey citations and appeal through Comments and/or IDHFS hearing process. | 0.30 | $120.00 |
| 12/14/07 | JTL | Review and analysis of IDPH December 6, 2007 complaint survey, Statement of Deficiencies, and facility's draft Plan of Correction and Comments (.5); review State Operations Manual regarding W-tags cited (.3); prepare notes regarding edits and additions for Plan of Correction and Comments (.3); telephone call with Mr. Miner regarding same and strategy for contesting survey allegations (.2); send e-mail to Mr. Miner with suggested changes to Plan of Correction and Comments (.2). | 1.50 | $600.00 |
| 12/17/07 | CPS | E-mail exchange with T. Miner regarding payroll and past due Medicaid funds. | 0.40 | $192.00 |
| 12/17/07 | JTL | Telephone status conference with ALJ Ramirez and Ms. Alikhan regarding IDPH case NH 07-C0067. | 0.30 | $120.00 |
| 12/18/07 | CPS | Meeting at Comptroller's office regarding payroll issues and need for Medicaid payment. | 1.00 | $480.00 |
| 12/21/07 | CPS | Attention to Medicaid receivables. | 0.20 | $96.00 |
| | | Services Total: | 4.10 | $1,768.00 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 28128499

Page 3
Foley & Lardner LLP
January 9, 2008

Expenses Total:                                  $0.00

# FOLEY

**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Golfview Developmental Center
9555 West Golf Road
Des Plaines, IL 60016

Date: February 26, 2008
Invoice No.: 29008047
Our Ref. No.: 058983-0101

Services through
January 31, 2008

| | |
|---|---|
| Amount due for professional services rendered regarding GENERAL | $2,672.00 |
| Total Expenses: | $852.50 |
| Invoice Total: | $3,524.50 |
| **Total Amount Due:** | **$3,524.50** |



**EXHIBIT D**

**Please reference your account number 058983-0101 and your invoice number 29008047 with your remittance payable to Foley & Lardner LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

# ░FOLEY
### FOLEY & LARDNER LLP

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29033497

Page 2
Foley & Lardner LLP
April 28, 2008

## Professional Services Detail

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/18/08 | JTL | Telephone call with Mr. Miner to discuss IDR results for November 2007 survey and settlement negotiation for the January 2007 survey. | 0.30 | $136.50 |
| 3/3/08 | CPS | Telephone conference with T. Miner regarding accountant's questionnaire. | 0.40 | $210.00 |
| 3/4/08 | TRDE | Work related to Golfview Development Center, Inc. & Golfview Partnership Venture audit letter (.1); due diligence (.2); reviewed time keepers and financial reports (.1); inquiry to time keepers (.1). | 0.50 | $45.00 |
| 3/5/08 | CPS | Status conference with B. Miner and T. Miner regarding assessment taxes and fees, grants and future planning (.8), follow up with B. Simon regarding same (.4). | 1.20 | $630.00 |
| 3/6/08 | JTL | Review and analysis of Consent Agreement from IDPH to resolve case NH 07-C0067 (.3); e-mail correspondence with IDPH attorney Ms. Alikhan regarding correcting terms of Consent Agreement and extending time for payment of fine (.1). | 0.40 | $182.00 |
| 3/6/08 | TRDE | Work related to Golfview Realty Partners audit letter (.4); due diligence (.5); prepared draft (.6). | 1.50 | $135.00 |
| 3/11/08 | EDM | Review draft audit letter response. | 0.30 | $166.50 |
| 3/13/08 | CPS | Telephone conference with T. Miner regarding accountant letter (.3), review and execution of same (.2). | 0.50 | $262.50 |
| | | Services Total: | 5.10 | $1,767.50 |

## Expenses Incurred

| Description | Amount |
|---|---|
| Photocopying Charges | $1.80 |
| Expenses Total: | $1.80 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

‹

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29008047

Page 3
Foley & Lardner LLP
February 26, 2008

**Consultant Fees**

| | | |
|---|---|---:|
| 01/09/08 | Consultant Fees - - Vendor: Frost, Ruttenberg & Rothblatt, P.C.<br>Frost,ruttenberg-prof. Consulting Svcs For 11/07 | 852.50 |
| | | $852.50 |
| | Expenses Total: | $852.50 |



**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Golfview Developmental Center
9555 West Golf Road
Des Plaines, IL 60016

Date: March 28, 2008
Invoice No.: 29021998
Our Ref. No.: 058983-0101

Services through
February 29, 2008

Amount due for professional services rendered regarding                $444.00
GENERAL

Invoice Total:                $444.00

**Total Amount Due:**          **$444.00**



EXHIBIT

E

Please note that as of February 1, 2008 Foley & Lardner LLP increased its hourly rates, which may affect your fees.
Questions about your fees may be addressed to your principal attorney contact at the Firm.

**Please reference your account number 058983-0101 and your**
**invoice number 29021998 with your remittance payable to Foley & Lardner**
**LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29021998

Page 2
Foley & Lardner LLP
March 28, 2008

## Professional Services Detail

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 2/13/08 | JTL | Review file and notes regarding IDPH case from January 2007 survey and subsequent surveys (.20); telephone call to and message for Mr. Miner to discuss same (.10). | 0.30 | $136.50 |
| 2/27/08 | CPS | E-mail exchanges regarding accountants questionnaire and draft response. | 0.50 | $262.50 |
| 2/29/08 | TRDE | Work related to Golfview Development Center, Inc. & Golfview Partnership Venture audit letter; due diligence (.20); reviewed request letter (.10); creation in flow (.10); creation in records management database (.10). | 0.50 | $45.00 |
| | | Services Total: | 1.30 | $444.00 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29021998

Page 3
Foley & Lardner LLP
March 28, 2008

Expenses Total:          $0.00

# FOLEY

**FOLEY & LARDNER LLP**

Golfview Developmental Center
9555 West Golf Road
Des Plaines, IL 60016

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Date: April 28, 2008
Invoice No.: 29033497
Our Ref. No.: 058983-0101

Services through
March 31, 2008

Amount due for professional services rendered regarding
GENERAL                                              $1,767.50

Total Expenses:          $1.80

Copy Charges Reduction:          ($0.60)

New Total Expenses:          $1.20

Invoice Total:          $1,768.70

**Total Amount Due:          $1,768.70**



EXHIBIT
F

**Please reference your account number 058983-0101 and your invoice number 29033497 with your remittance payable to Foley & Lardner LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

CHI2_1690385.1

# ⋮FOLEY

**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

## GOLFVIEW DEVELOPMENTAL CENTER

Our Ref. No.: 058983-0101
Invoice No.: 29033497

Page 2
Foley & Lardner LLP
April 28, 2008

---

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 2/18/08 | JTL | Telephone call with Mr. Miner to discuss IDR results for November 2007 survey and settlement negotiation for the January 2007 survey. | 0.30 | $136.50 |
| 3/3/08 | CPS | Telephone conference with T. Miner regarding accountant's questionnaire. | 0.40 | $210.00 |
| 3/4/08 | TRDE | Work related to Golfview Development Center, Inc. & Golfview Partnership Venture audit letter (.1); due diligence (.2); reviewed time keepers and financial reports (.1); inquiry to time keepers (.1). | 0.50 | $45.00 |
| 3/5/08 | CPS | Status conference with B. Miner and T. Miner regarding assessment taxes and fees, grants and future planning (.8), follow up with B. Simon regarding same (.4). | 1.20 | $630.00 |
| 3/6/08 | JTL | Review and analysis of Consent Agreement from IDPH to resolve case NH 07-C0067 (.3); e-mail correspondence with IDPH attorney Ms. Alikhan regarding correcting terms of Consent Agreement and extending time for payment of fine (.1). | 0.40 | $182.00 |
| 3/6/08 | TRDE | Work related to Golfview Realty Partners audit letter (.4); due diligence (.5); prepared draft (.6). | 1.50 | $135.00 |
| 3/11/08 | EDM | Review draft audit letter response. | 0.30 | $166.50 |
| 3/13/08 | CPS | Telephone conference with T. Miner regarding accountant letter (.3), review and execution of same (.2). | 0.50 | $262.50 |
| | | Services Total: | 5.10 | $1,767.50 |

## Expenses Incurred

| Description | Amount |
|---|---|
| Photocopying Charges | $1.80 |
| Expenses Total: | $1.80 |

---

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

‹

CHI2_1690385.1

# ▪FOLEY

**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29033497

Page 5
Foley & Lardner LLP
April 28, 2008

## Expense Detail

**Photocopying Charges**

| | | |
|---|---|---|
| 03/13/08 | 12 Copies. | 1.80 |
| | | $1.80 |
| | Expenses Total: | $1.80 |

# FOLEY
**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GOLFVIEW DEVELOPMENTAL CENTER

Date: April 28, 2008
Invoice No.: 29033497
Our Ref. No.: 058983-0101

## Remittance Advice

| | |
|---|---|
| 11/27/2007 - 28111830 | $4,872.82 |
| 12/13/2007 - 28119172 | $1,908.48 |
| 1/9/2008 - 28128499 | $1,768.00 |
| 2/26/2008 - 29008047 | $3,524.50 |
| 3/28/2008 - 29021998 | $444.00 |

*Current Invoice:*

| | |
|---|---|
| 04/28/2008 - 29033497 | $1,768.70 |

**Total Amount Due:** **$17,319.46**

Should you wish to remit your payment via wire transfer, please include our reference no. 058983-0101 and/or invoice no. 29033497 and forward to:

LaSalle National Bank
135 S. LaSalle St.
Chicago, IL 60603
ABA No.: 071000505
Acct. Name: Foley & Lardner LLP
Acct. No.: 2337171

CHI2_1690385.1



**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Golfview Developmental Center                    Date: May 21, 2008
9555 West Golf Road                              Invoice No.: 29044926
Des Plaines, IL 60016                            Our Ref. No.: 058983-0101

---

Services through
April 30, 2008

Amount due for professional services rendered regarding        $1,613.50
GENERAL

                                    Invoice Total:        $1,613.50

                            **Total Amount Due:**        **$1,613.50**



---

**Please reference your account number 058983-0101 and your**        Foley & Lardner LLP
**invoice number 29044926 with your remittance payable to Foley & Lardner**   Federal Employer Number:
**LLP.**                                                          39-0473800

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29044926

Page 2
Foley & Lardner LLP
May 21, 2008

---

## Professional Services Detail

| 4/8/08 | CPS | Telephone conference with T. Miner and B. Miner regarding status (.5), telephone conference with M. Bibo regarding progress of support rate bill (.5), telephone conference with B. Simon regarding C. Ronan and grant for this year (.3), e-mail exchange with P. Comstock regarding legislation status (.3), research of support rate definition of ICFDD facility to ensure inclusion (.8). | 2.40 | $1,260.00 |
|--------|-----|-----|------|-----------|
| 4/11/08 | CPS | Follow up with M. Bibo regarding IHCA and inclusion of DDs in support of rate legislation (.50). | 0.50 | $262.50 |
| 4/18/08 | JTL | E-mail correspondence with Ms. Alikhan regarding revision and execution of settlement agreement for IDPH case NH 07-C0067. | 0.20 | $91.00 |
| | | Services Total: | 3.10 | $1,613.50 |

---

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29044926

Page 3
Foley & Lardner LLP
May 21, 2008

Expenses Total:                $0.00



**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Golfview Developmental Center
9555 West Golf Road
Des Plaines, IL 60016

Date: June 25, 2008
Invoice No.: 29058518
Our Ref. No.: 058983-0101

---

Services through
June 20, 2008

Amount due for professional services rendered regarding                $210.00
GENERAL

Invoice Total:        $210.00

**Total Amount Due:**        **$210.00**



---

**Please reference your account number 058983-0101 and your
invoice number 29058518 with your remittance payable to Foley & Lardner
LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29058518

Page 2
Foley & Lardner LLP
June 25, 2008

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 5/1/08 | CPS | Conference call with T. Miner regarding status (.40). | 0.40 | $210.00 |
| | | Services Total: | 0.40 | $210.00 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29058518

Page 3
Foley & Lardner LLP
June 25, 2008

Expenses Total:                $0.00



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Golfview Developmental Center
9555 West Golf Road
Des Plaines, IL 60016

Date: July 23, 2008
Invoice No.: 29069726
Our Ref. No.: 058983-0101

Services through
June 30, 2008

Amount due for professional services rendered regarding        $435.00
GENERAL

Invoice Total:        $435.00

**Total Amount Due:**        **$435.00**



**EXHIBIT**
**I**

Please reference your account number 058983-0101 and your
invoice number 29069726 with your remittance payable to Foley & Lardner
LLP.

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**FOLEY**

FOLEY & LARDNER LLP

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29069726

Foley & Lardner LLP
July 23, 2008

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 6/26/08 | LPE | Draft correspondence to C. Sheets re prior fee applications (.2); draft correspondence to K. Henchel re case records (.2); review prior fee applications (.6). | 1.00 | $290.00 |
| 6/30/08 | LPE | Coordinate collection of files and pleadings for use in preparation of fee application. | 0.50 | $145.00 |
| | | Services Total: | 1.50 | $435.00 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29069726

Page 3
Foley & Lardner LLP
July 23, 2008

Expenses Total:                    $0.00



FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610-4764
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Golfview Developmental Center
9555 West Golf Road
Des Plaines, IL 60016

Date: August 6, 2008
Invoice No.: 29073512
Our Ref. No.: 058983-0101

Services through
July 31, 2008

Amount due for professional services rendered regarding
GENERAL                                                                      $773.50

Total Expenses:          $0.96

Invoice Total:          $774.46

**Total Amount Due:**          **$774.46**



**Please reference your account number 058983-0101 and your
invoice number 29073512 with your remittance payable to Foley & Lardner
LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29073512

Page 2
Foley & Lardner LLP
August 6, 2008

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 7/1/08 | KEHA | Begin preparation of fee application. | 0.20 | $37.00 |
| 7/1/08 | LPE | Coordinate gathering of documents for preparation of fee application (.4); draft correspondence to K. Henchel and E. Figueroa re invoices (.2). | 0.60 | $174.00 |
| 7/2/08 | KEHA | Work on fee application. | 1.20 | $222.00 |
| 7/3/08 | KEHA | Work on fee application and circulate draft to L. Peterson. | 0.70 | $129.50 |
| 7/15/08 | LPE | Review draft of sixth interim fee application (.2); phone K. Hall re same (.1); revise draft fee application (.3). | 0.60 | $174.00 |
| 7/15/08 | KEHA | Telephone conference with L. Peterson regarding status of fee application (.1); review e-mail from L. Peterson regarding paragraph 11 in draft of fee application and applicability to be sure to add all the client names in parenthesis that Tom worked on for that date period (.1). | 0.20 | $37.00 |
| | | Services Total: | 3.50 | $773.50 |

## Expenses Incurred

| Description | Amount |
|---|---|
| Search Fees | $0.96 |
| Expenses Total: | $0.96 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GOLFVIEW DEVELOPMENTAL CENTER**
Our Ref. No.: 058983-0101
Invoice No.: 29073512

Page 3
Foley & Lardner LLP
August 6, 2008

**Search Fees**

| | | |
|---|---|---|
| 07/24/08 | Search Fees - - Vendor:  Us Courts Ao-pacer Service Center Search Fees | 0.96 |
| | | $0.96 |
| | Expenses Total: | $0.96 |