**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GOLFVIEW DEVELOPMENTAL CENTER, INC., | ) ) | Case No. 05 B 27057 |
| | ) | |
| Debtor. | ) ) | Honorable Jacqueline P. Cox |

**NOTICE OF APPLICATION AND HEARING**

To:    See Attached

      **PLEASE TAKE NOTICE** that on **August 18, 2010** at **9:30 a.m.** in Courtroom **619**, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 (the "Hearing"), Foley & Lardner LLP, former Special Medicaid and Medicare Counsel for Golfview Developmental Center, Inc., will seek an award of final compensation and reimbursement of expenses. The application, a copy of which is on file with the Clerk of the Bankruptcy Court, covers the following period and seeks the following amount:

| Applicant | Time Period | Amount Requested |
|---|---|---|
| Foley & Lardner LLP, former Special Medicaid and Medicare Counsel to the Debtor | July 7, 2005 through July 31, 2008 | $226,621.50 in fees and $6,176.58 in expenses |

DATE: July 28, 2010

                                          Respectfully submitted,

                                          FOLEY & LARDNER LLP,

                                          By:   /s/ Michael J. Small
                                                  Michael J. Small (#6207645)
                                                  Lars A. Peterson (#6293551)
                                                  Foley & Lardner LLP
                                                  321 North Clark Street, Suite 2800
                                                  Chicago, IL  60610
                                                  (312) 832-4500

                                                  *Former Special Medicaid and Medicare*
                                                  *Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GOLFVIEW DEVELOPMENTAL CENTER, INC., | ) ) | Case No. 05 B 27057 |
| | ) | |
| Debtor. | ) ) | Honorable Jacqueline P. Cox |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

Name of Applicant:     <u>Foley & Lardner LLP</u>

Authorized to Provide
Professional Services to:     <u>The Debtor</u>

Date of Order Authorizing Employment:     <u>October 12, 2005 (retroactive to Petition Date)</u>

Period of Which
Compensation is Sought:     <u>From October 1, 2007 through July 31, 2008</u>

1. Amount of Fees Sought:     <u>$226,621.50</u>
2. Amount of Expense Reimbursement Sought:     <u>$6,176.58</u>

This is an: Interim Application  <u>    </u>   Final Application  <u> X  </u>

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Compensation Requested | Expenses Requested | Amount Allowed |
|---|---|---|---|---|
| 3/16/06 | 7/7/05 – 1/31/06 | $17,798.50 | $12.60 | $17,811.10 |
| 9/20/06 | 2/1/06 – 7/31/06 | $39,131.50 | $307.74 | $39,439.24 |
| 2/21/07 | 8/1/06 – 1/31/07 | $102,186.50 | $693.88 | $102,669.03[1] |
| 8/24/07 | 2/1/07 – 7/31/07 | $30,725.00 | $4,089.07 | $34,814.07 |
| 10/31/07 | 8/1/07 – 9/30/07 | $20,422.50 | $110.33 | $20,532.83 |
| 9/3/08 | 10/1/07 – 7/31/08 | $16,357.50 | $962.96 | $17,320.46 |
| **Totals:** | **7/7/05 – 7/31/08** | **$226,621.50** | **$6,176.58** | **$232,586.73** |

---

[1] Amount includes approval of $60,000 for Bruce Simon Consulting's invoice. For further details, refer to Foley's Third Interim Application.

CHIC_4898296.1                          1

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is $232,586.73.
.

DATE:  July 28, 2010                              Respectfully submitted,

                                                   FOLEY & LARDNER LLP,

                                                 By:   /s/ Michael J. Small
                                                         Michael J. Small (#6207645)
                                                         Lars A. Peterson (#6293551)
                                                         Foley & Lardner LLP
                                                         321 North Clark Street, Suite 2800
                                                         Chicago, IL  60610
                                                         (312) 832-4500

                                                         *Former Special Medicaid and Medicare*
                                                         *Counsel to the Debtor*

## **CERTIFICATE OF SERVICE**

      I, Lars A. Peterson, an attorney, on oath state that on July 28, 2010, I caused a true and accurate copy of the foregoing **NOTICE OF HEARING and FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF FOLEY & LARDNER LLP AS SPECIAL MEDICAID AND MEDICARE COUNSEL TO THE DEBTOR**, to be served upon the following individuals as listed on the attached service list, via first class U.S. mail, postage prepaid.

                                                               /s/ Lars A. Peterson

**SERVICE LIST**

Glenkirk Associates for Retarded Citizens
c/o Weinberg Richmond LLP
333 West Wacker Drive, Suite 1800
Chicago, IL 60606

Golfview Development Center Inc
9555 West Golf Road
Des Plaines, Il 60016

A.N.S.I., Inc.
P.O. Box 95109
Palatine, IL 60095

Able Electric
7716 Kolmar
Skokie, IL 60076

Alther L. Garcia
5343 Madison Street
Skokie, IL 60077

American International Companies
P.O. Box 382014
Pittsburgh, PA 15250

Americare Staffing Service
1206 W. Rosedale Avenue
Chicago, IL 60660

Anderson Elevator Co.
South West Industries, Inc.
2801 South 19th Avenue
Broadview, IL 60155

Anderson Lock Co
850 E. Oakton
Des Plaines, IL 60018

Anderson Lock Co., Ltd.
P.O. Box 2294
Des Plaines, IL 60017

Anderson Pest Control
219 W. Diversey
Elmhurst, IL 60126

Anthony R. Miner
2544 Wellington Ct.
Evanston, IL 60201

Automatic Appliance Parts
7757 West Lawrence Avenue
Norridge, IL 60706

Ballert
2445 W. Peterson Avenue
Chicago, Il 60659

Bechtold Vision Services
1014 Mapleton Avenue
Oak Park, IL 60302

Bertram L. Miner
c/o David L. Shaw
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654

Bertram Miner
Attn.:  Brian L Shaw
c/o Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654

Carrie L. Cosgrove
Carrie L. Czyzowicz
1474 N. Gatewood Avenue
Palatine, IL 60067

ComEd
2100 Swift Drive
Attn.:  Bankruptcy Section /
Revenue Management
Oakbrook, IL 60523

Commonwealth Edison
P.O. Box 805376
Chicago, IL 60680

104536.1

Commonwealth Edison & Co.
System Credit/Bankruptcy Department
2100 Swift Drive
Elmhurst, IL 60126

Comprehensive Therapeutics, Ltd.
3703 West Lake Avenue, Suite 200
Glenview, IL 60025

Cozzini Brothers, Inc.
P.O. Box 46489
Chicago, IL 60646

Cynthia Chow & Associates
5061 N. Pulaski
Chicago, IL 60630

Cyriac K. Joseph
5311 Madison
Skokie, IL 60077

DHL Express
P.O. Box 4723
Houston, TX 77210

Department of the Treasury
Internal Revenue Service
230 S. Dearborn, Stop 5016-CHI
Chicago, IL 60604

Dipak H. Shah
8006 Lyons Street
Niles, IL 60714

Direct Supply Equipment
Box 88201
Milwaukee, WI 53288

Direct Supply Inc.
6767 N. Industrial Road
Milwaukee, WI 53223

Dr. Brian Chicoine
c/o Advocate Medical Group
1999 Dempster Street
Park Ridge, IL 60068

Ebenezar O. Dario
1836 Mannheim Road
Des Plaines, IL 60018

Empire Cooler Service
940 West Chicago Avenue
Chicago, IL 60622

Englewood Electric Supply Co.
P.O. Box 802578
Chicago, IL 60680

Englewood Electrical Supply Co.
737 Oaklawn Avenue
Elmhurst, IL 60126

Evangeline Segovia
9342 D Noel Avenue
Des Plaines, IL 60016

Express Printing Center
309 N. Wolf Road
Wheeling, IL 60090

First Insurance Funding Corporation
450 Skokie Boulevard, Suite #1000
Northbrook, IL 60065

Ford Motor Credit Company
P.O. Box 55000
Detroit, MI 48255-0953

GCS Service
P.O. Box 18688
Indianapolis, IN 46218

GCS Service, Inc.
P.O. Box 64373
St Paul, MN 55164-0373

Gannett Healthcare Group
2353 Hassell Road, Suite 11D
Hoffman Estates, IL 60169

104536.1

Glenkirk Association for Retarded Citizens
3504 Commercial Drive
Northbrook, IL 60062

Golfview Partnership Venture
Attn.: Anthony R. Miner
9555 West Golf Road
Des Plaines, IL 60016

Great West Life & Annuity
P.O. Box 1080
Denver, CO 80201

HRM Recruitment Firm
Presidential Towers
100 E. Chicago Street, Suite #400
Elgin, IL 60120

Health Data Systems, Inc.
1515 E. Woodfield Road, Suite 104
Schaumburg, IL 60173

Health Management Systems
Attn.: Anthony R. Miner
9555 West Golf Road
Des Plaines, IL 60016

Hobart Corporation
2185 Estes Avenue
P.O. Box 1363-60009
Elk Grove Village, IL 60007

Illinois Department of Public Aid
P.O. Box 19491
Springfield, IL 62794

Illinois Dept. of Healthcare &
Family Services
c/o James Newbold, Asst. Atty. General
100 W. Randolph Street
Chicago, IL 60601

Illinois Health Care Association
P.O. Box 20099
Springfield, IL 62708

Illinois American Water Company
P.O. Box 5127
Carol Stream, IL 60197

Joseph V. Matthew
8913 N. Marion
Morton Grove, IL 60053

Joysy B. Simon
9052 Barberry Lane
Des Plaines, IL 60016

Judith D. Cordova
4836 Kirk St. Unit - A
Skokie, IL 60077

Just Faucets
540 S. Arthur Avenue
Arlington Heights, IL 60005

Keyth Technologies, Inc.
P.O. Box 1132
Glenview, IL 60025

Khalid A. Roberts
9347 S. Claremont
Chicago, IL 60620

Kishor Kannala
3940 W. Ainsle Street, Apt. #2
Chicago, IL 60625

Lake County Medical Gas
1421 S. Armour Boulevard
Mundelein, IL 60060

Laport Chemical & Supply
P.O. Box 36
Winnetka, IL 60093

Local #4 SEIU
7026 W. North Avenue
Elmwood Park, IL 60707

104536.1

Local #4 SEIU
Health & Welfare Fund
7026 W. North Avenue
Chicago, IL 60707

Local #4 SEIU Pension Fund
7026 W. North Avenue
Chicago, IL 60607

M-I-L Staffing
9400 W. Foster, Suite #L10
Chicago, IL 60656

Manisha R. Agnihotri
9124 Barberry Lane
Des Plaines, IL 60016

Maxim Healthcare Services
12558 Collections Center Drive
Chicago, IL 60693

McLeod USA
P.O. Box 3243
Milwaukee, WI 53201

Medical Waste Solutions, Inc.
P.O. Box 64787
Gary, IN 46401

Medwear - Your Choice in Linen & Textiles
2201 Main Street
Evanston, IL 60202

Meenaben J. Tailor
8801 Carleah, Apt. #2S
Des Plaines, IL 60016

Meikem Supply, Inc.
50 Joey Drive
Elk Grove Village, IL 60007

Metro Professional Products
1555A Industrial Drive
Itasca, IL 60143

Michael A. Towles
200 S. Highpoint, Apt. #201
Romeoville, IL 60446

Microfilm Equipment & Supplies
2608 East Devon Avenue
Des Plaines, IL 60018

Midwest Mechanical Services
540 Executive Drive
Willowbrook, IL 60527

Netsight, Inc.
5 Revere Drive, Suite 200
Northbrook, IL 60062

Northern Illinois Clinical Lab
306 Era Drive
Northbrook, IL 60062

Nursing Spectrum
P.O. Box 33130
Newark, NJ 07188

Officemax Contract, Inc.
P.O. Box 92735
Chicago, IL 60675

Omnicare of Northern Illinois
Billing Department
2313 S. Mount Prospect
Des Plaines, IL 60018

On Site Dental Services
George A. Demeros
P.O. Box 3742
Barrington, IL 60011

Personnel Planners, Inc.
913 W Van Buren
Chicago, IL 60607

Philadelphia Insurance Companies
P.O. Box 8500-8955
Philadelphia, PA 19178

104536.1

Pitney Bowes Credit Corp.
P.O. Box 856460
Louisville, KY 40285

Plumbmaster
P.O. Box 890845
Charlotte, NC 28289

Plumbmaster
P.O. Box 890845
Charlotte, NC 28289

Pre-Paid Legal Service
P.O. Box 2629
Ada, OK 74821

Prime Office Products
400 S. Jefferson Street, Suite #302
Chicago, IL 60607

Professional Medical, Inc.
1917 Garnet Court
New Lenox, IL 60451-1593

Professional Medical, Inc.
1917 Garnet Court
New Lenox, IL 60451

Quality Dairy Distributors
P.O. Box 446
Saint Charles, IL 60174

Quality Dairy Distributors, Inc.
Quality Milk Products LLC
P.O. Box 446
St Charles, IL 60174

Rashid A. Akunji
9450 N. Washington Street, Apt. #2B
Niles, IL 60714

Ricoh Business Systems
P.O. Box 73213
Chicago, IL 73213

Robert C. Jespersen, MD
5701 N. Sheridan Road, Apt. #28S
Chicago, IL 60660

Sammons Preston Rolyan
P.O. Box 93040
Chicago, IL 60673

Santanna Energy Services
P.O. Box 200024
Houston, TX 77216

Selena Mapp
6749 Dempster, Apt. #146
Morton Grove, IL 60053

Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654

Shred-It, Inc.
829 Blackhawk Drive
Westmont, IL 60559

Simplexgrinnell
Dept. CH 10320
Palatine, IL 60055-0320

The Brickman Group, Ltd.
18227D Flower Hill Way
Gaithersburg, MO 20879

The Brickman Group, Ltd.
P.O. Box 71358
Chicago, IL 60694

Thomas K. Thomas
8463 W. Dempster Street, Apt. #B
Niles, IL 60714

Transamerica Life Insurance Company
4333 Edgewood Road NE
Cedar Rapids, IA 52499

104536.1

Tyisha J. Norman
4923 Crain, Apt. #GB
Skokie, IL 60077

SecurTek
1255 Armour Boulevard
Mundelein, IL 60060

William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL 60604

104536.1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GOLFVIEW DEVELOPMENTAL CENTER, INC., | ) ) | Case No. 05 B 27057 |
| | ) | |
| Debtor. | ) ) | Honorable Jacqueline P. Cox |

**FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF FOLEY & LARDNER LLP AS SPECIAL MEDICAID AND MEDICARE COUNSEL TO THE DEBTOR**

Foley & Lardner LLP ("Foley"), as former Special Medicaid and Medicare Counsel to Golfview Developmental Center, Inc. (the "Debtor"), respectfully submits this Final Application for Allowance of Fees and Reimbursement of Expenses of Foley (the "Application") for final allowance of legal fees in the amount of $226,621.50 and expenses in the amount of $6,176.58 incurred from July 7, 2005 through July 31, 2008 (the "Aggregate Period") pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2002(a)(7). In support of this Application, Foley respectfully represents as follows:

**II.    Background**

1.    On July 7, 2005, the Debtor filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code.

2.    On September 30, 2005, the Debtor filed its Application to Employ Foley & Lardner as Special Counsel (the "Retention Application").

3.    On October 12, 2005, this Court entered an Order granting the Retention Application and authorizing the employment and retention of Foley as Special Medicaid and Medicare Counsel to the Debtor.

CHIC_4898296.1                    1

4. On July 14, 2008, the firm of Polsinelli Shalton Flanigan Suelthaus PC ("Polsinelli") filed its Application for Order Authorizing Employment and Retention of Special Medicaid and Medicare Counsel, seeking to substitute Polsinelli in place of Foley as Special Medicaid and Medicare Counsel to the Debtor.

5. On July 16, 2008, this Court entered an Order Authorizing Employment and Retention of Special Medicaid and Medicare Counsel for Debtor, which authorized the employment of Polsinelli, and terminated the employment of Foley.

6. The Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper pursuant to 28 U.S.C. § 1409. The statutory predicates for the relief sought herein are §§ 330 and 331 of the Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

### III.    Relief Requested

6. This is Foley's final application for allowance of fees and expenses pursuant to the provisions of 11 U.S.C. § 331. The fees and expenses for which compensation and reimbursement are sought are actual, reasonable and necessary, within the meaning of § 330(a) of the Code.

**A.    Compensation of Foley's Fees**

7. Section 330(a) of the Code governs compensation of professionals in bankruptcy matters. See In the Matter of UNR Industries, Inc., 986 F.2d 207, 208 (7th Cir. 1993). Section 330(a) provides, in relevant part, as follows:

> the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;

   (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

   (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

   (E) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3). "In section 300 and its legislative history Congress expressed its intent that compensation in bankruptcy matters be commensurate with the fees awarded for comparable services in non-bankruptcy cases." UNR Industries, Inc., 986 F.2d at 209.

  8.  Foley has rendered substantial and valuable professional services that have resulted in a benefit to the creditors of the Debtor's estate, and that were beneficial to the administration of this case. Foley respectfully submits that its services were provided with the requisite level of skill and were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problems, issues, and tasks addressed. Foley has charged its customary fees, which are reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title. The amount sought in compensation is in line with awards in similar cases and is commensurate with the professional standing, ability and expertise of Foley and the professionals who have participated in this case. Accordingly, the compensation requested herein reflects the reasonable value of the services provided to the Debtor.

  9.  During the Aggregate Period, the following attorneys and para-professionals performed services in this case, at the rates and for the number of hours indicated as follows:

| **Attorneys** | **Hours** | **Avg. Hourly Rate** | **Amount** |
| --- | --- | --- | --- |
| Jonathan E. Aberman | 10.6 | $455.00 | $4,822.50 |

| | | | |
|---|---|---|---|
| Edward J. Green | 1.7 | $385.00 | $654.50 |
| Daniel A. Kaplan | 0.7 | $330.00 | $231.00 |
| Joanne Lee | 5.7 | $302.50 | $1,681.00 |
| Jason T. Lundy | 30.8 | $386.05 | $11,781.00 |
| Edwin D. Mason | 0.4 | $530.00 | $217.00 |
| Lars A. Peterson | 2.8 | $290.00 | $783.00 |
| Todd B. Pfister | 0.2 | $480.00 | $96.00 |
| Charles P. Sheets | 293.0 | $474.21 | $135,277.50 |
| Katherine Siddon-O'Brien | 0.7 | $320.00 | $224.00 |
| Frances A. Tretter | 24.7 | $280.00 | $6,916.00 |
| Derek L. Wright | 2.1 | $400.00 | $840.00 |
| **Para-professionals** | | | |
| Trisha R. Denson | 7.5 | $81.66 | $613.00 |
| Nicholas Gerstle | 0.6 | $70.00 | $42.00 |
| Katherine E. Hall | 14.8 | $167.32 | $2,388.00 |
| Michael S. Rhinehart | 1.2 | $45.00 | $54.00 |
| **Total** | 397.5 | | $166,621.50 |

10. In addition to the above hourly fees incurred by Foley professionals and para-professionals, Foley also incurred fixed fees in the amount of $60,000, as described in detail in Foley's Third Interim Fee Application, filed on February 21, 2007, through the retention of Bruce Simon Consulting ("Bruce Simon") to render substantial and valuable professional services to the Debtor.

11. During the Aggregate Period, Foley acted as special heath care counsel to the Debtor. Foley's services to the Debtor have included (i) meeting and lobbying the Illinois Department of Human Services and the Illinois legislature for a grant to help offset Medicaid funding shortfalls caused by a rate freeze on the capital component in the Medicaid rate or (ii) in the alternative, to increase the state's Medicaid rate to cover increased staffing costs and capital costs; (iii) negotiating a higher Medicaid reimbursement rate from the Illinois Department of Human Services in order to increase revenue and (iv) preparing Foley's fee applications.

12. Foley has been mindful of the need to avoid undue legal fees in this case and has taken all reasonable steps to provide cost-effective representation while rendering services with the highest degree of skill and professionalism.

13. Foley has endeavored to eliminate duplication of effort by giving primary responsibility of the case to one partner, while staffing other attorneys on an as-needed basis.

14. During the Aggregate Period, Foley professionals provided a total of 397.5 hours of legal services to the Debtor in this case.

**B.  Reimbursement of Expenses**

15. Pursuant to § 330(a)(1)(B) of the Code, the Court may award a professional "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(B). Accordingly, Foley seeks reimbursement of the actual, necessary expenses that it incurred during the Aggregate Period. During the Aggregate Period, Foley incurred out-of-pocket expenses in connection with its representation of the Debtor in this case in the aggregate amount of $6,176.58. Each expense was actually and necessarily required in the representation of the Debtor.

16. Charges for electronic research, overnight delivery, postage, long distance telephone calls, and other out-of-pocket disbursements are based on the actual amounts paid by Foley for those services. Foley typically charges its clients $0.10 per copy and $0.50 per page for facsimiles sent.

### IV.  General Matters

17. All of the professional services for which compensation is requested herein were performed by Foley for and on behalf of the Debtor and not on behalf of any other person or entity.

18. No agreement or understanding exists between Foley and any other person for sharing compensation received in connection with this case nor has any other person or entity agreed to provide Foley with compensation for the legal services described herein.

### V.     Notice

19. A copy of this Application has been served on the Debtor and its counsel, the Office of the United States Trustee, the Debtor's pre and post-petition lender and all other parties requesting notice of all papers and pleadings in this bankruptcy case.

WHEREFORE, Foley respectfully requests entry of an Order granting to Foley the following:

a. Approval of this Application;

b. Approval and final allowance of compensation in the aggregate amount of $226,621.50 for professional services rendered to the Debtor during the Aggregate Period;

c. Approval and final allowance of expenses in the amount of $6,176.58 for reimbursement of costs incurred by Foley during the Aggregate Period; and

d. Such other and further relief as this Court deems just and proper.

DATE: July 28, 2010         Respectfully submitted,

FOLEY & LARDNER LLP,

By:   /s/ Michael J. Small
        Michael J. Small (#6207645)
        Lars A. Peterson (#6293551)
        Foley & Lardner LLP
        321 North Clark Street, Suite 2800
        Chicago, IL  60610
        (312) 832-4500

*Former Special Medicaid and Medicare Counsel to the Debtor*

CHIC_4898296.1                                    6