## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| GOLFVIEW DEVELOPMENTAL CENTER, | ) | |
| INC., | ) | Case No. 05-27057 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date: August 18, 2010 |
| | ) | Hearing Time: 9:30 a.m. |

### NOTICE OF FINAL APPLICATION OF POLSINELLI
### SHUGHART PC FOR ALLOWANCE OF COMPENSATION AND
### REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTOR

**PLEASE TAKE NOTICE** that on July 28, 2010, Polsinelli Shughart PC filed its **Final Application of Polsinelli Shughart PC for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Debtor** (the "Application") with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division. The Application requests final approval of fees and expenses incurred for the time period July 14, 2008 through and including July 13, 2010 in the total amount of $79,364.31.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Application is scheduled before the Honorable Jacqueline P. Cox, or any judge sitting in her stead, in Courtroom 619 at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, on **August 18, 2010 at 9:30 a.m.**, or as soon thereafter as counsel may be heard.

Respectfully submitted,

**POLSINELLI SHUGHART PC**

Date: __July 28, 2010__      By: _____ /s/ Jean Soh _____

Charles P. Sheets (ARDC # 6184912)
Jason T. Lundy (ARDC # 6270191)

Jean Soh (ARDC # 6285187)
POLSINELLI SHUGHART PC
161 N. Clark St., Ste. 4200
Chicago, Illinois 60601
(312) 819-1900 - Telephone
(312) 819-1910 - Facsimile

SPECIAL MEDICAID AND MEDICARE COUNSEL TO THE DEBTOR

## CERTIFICATE OF SERVICE

I, Jean Soh, certify that on July 28, 2010, I served this Notice of Motion and the document referred to herein to all persons who have followed the electronic notice procedures in the above-referenced case by electronically filing the same with the United States Bankruptcy Court and to the parties on the attached service list via United States Postal Service, first class postage pre-paid.

/s/ Jean Soh

Charles P. Sheets (ARDC # 6184912)
Jason T. Lundy (ARDC # 6270191)
Jean Soh (ARDC # 6285187)
POLSINELLI SHUGHART PC
161 N. Clark St., Ste. 4200
Chicago, Illinois 60601
(312) 819-1900 - Telephone
(312) 819-1910 - Facsimile

SPECIAL MEDICAID AND MEDICARE COUNSEL TO THE DEBTOR

**SERVICE LIST**

Glenkirk Associates for Retarded Citizens
c/o Weinberg Richmond LLP
333 West Wacker Drive, Suite 1800
Chicago, IL 60606

Golfview Development Center Inc
9555 West Golf Road
Des Plaines, Il 60016

A.N.S.I., Inc.
P.O. Box 95109
Palatine, IL 60095

Able Electric
7716 Kolmar
Skokie, IL 60076

Alther L. Garcia
5343 Madison Street
Skokie, IL 60077

American International Companies
P.O. Box 382014
Pittsburgh, PA 15250

Americare Staffing Service
1206 W. Rosedale Avenue
Chicago, IL 60660

Anderson Elevator Co.
South West Industries, Inc.
2801 South 19th Avenue
Broadview, IL 60155

Anderson Lock Co
850 E. Oakton
Des Plaines, IL 60018

Anderson Lock Co., Ltd.
P.O. Box 2294
Des Plaines, IL 60017

Anderson Pest Control
219 W. Diversey
Elmhurst, IL 60126

Anthony R. Miner
2544 Wellington Ct.
Evanston, IL 60201

Automatic Appliance Parts
7757 West Lawrence Avenue
Norridge, IL 60706

Ballert
2445 W. Peterson Avenue
Chicago, Il 60659

Bechtold Vision Services
1014 Mapleton Avenue
Oak Park, IL 60302

Bertram L. Miner
c/o David L. Shaw
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654

Bertram Miner
Attn.: Brian L Shaw
c/o Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654

Carrie L. Cosgrove
Carrie L. Czyzowicz
1474 N. Gatewood Avenue
Palatine, IL 60067

ComEd
2100 Swift Drive
Attn.: Bankruptcy Section /
Revenue Management
Oakbrook, IL 60523

Commonwealth Edison
P.O. Box 805376
Chicago, IL 60680

Commonwealth Edison & Co.
System Credit/Bankruptcy Department
2100 Swift Drive
Elmhurst, IL 60126

Comprehensive Therapeutics, Ltd.
3703 West Lake Avenue, Suite 200
Glenview, IL 60025

Cozzini Brothers, Inc.
P.O. Box 46489
Chicago, IL 60646

Cynthia Chow & Associates
5061 N. Pulaski
Chicago, IL 60630

Cyriac K. Joseph
5311 Madison
Skokie, IL 60077

DHL Express
P.O. Box 4723
Houston, TX 77210

Department of the Treasury
Internal Revenue Service
230 S. Dearborn, Stop 5016-CHI
Chicago, IL 60604

Dipak H. Shah
8006 Lyons Street
Niles, IL 60714

Direct Supply Equipment
Box 88201
Milwaukee, WI 53288

Direct Supply Inc.
6767 N. Industrial Road
Milwaukee, WI 53223

Dr. Brian Chicoine
c/o Advocate Medical Group
1999 Dempster Street
Park Ridge, IL 60068

Ebenezar O. Dario
1836 Mannheim Road
Des Plaines, IL 60018

Empire Cooler Service
940 West Chicago Avenue
Chicago, IL 60622

Englewood Electric Supply Co.
P.O. Box 802578
Chicago, IL 60680

Englewood Electrical Supply Co.
737 Oaklawn Avenue
Elmhurst, IL 60126

Evangeline Segovia
9342 D Noel Avenue
Des Plaines, IL 60016

Express Printing Center
309 N. Wolf Road
Wheeling, IL 60090

First Insurance Funding Corporation
450 Skokie Boulevard, Suite #1000
Northbrook, IL 60065

Ford Motor Credit Company
P.O. Box 55000
Detroit, MI 48255-0953

GCS Service
P.O. Box 18688
Indianapolis, IN 46218

GCS Service, Inc.
P.O. Box 64373
St Paul, MN 55164-0373

Gannett Healthcare Group
2353 Hassell Road, Suite 11D
Hoffman Estates, IL 60169

104536.1

Glenkirk Association for Retarded Citizens
3504 Commercial Drive
Northbrook, IL 60062

Golfview Partnership Venture
Attn.: Anthony R. Miner
9555 West Golf Road
Des Plaines, IL 60016

Great West Life & Annuity
P.O. Box 1080
Denver, CO 80201

HRM Recruitment Firm
Presidential Towers
100 E. Chicago Street, Suite #400
Elgin, IL 60120

Health Data Systems, Inc.
1515 E. Woodfield Road, Suite 104
Schaumburg, IL 60173

Health Management Systems
Attn.: Anthony R. Miner
9555 West Golf Road
Des Plaines, IL 60016

Hobart Corporation
2185 Estes Avenue
P.O. Box 1363-60009
Elk Grove Village, IL 60007

Illinois Department of Public Aid
P.O. Box 19491
Springfield, IL 62794

Illinois Dept. of Healthcare &
Family Services
c/o James Newbold, Asst. Atty. General
100 W. Randolph Street
Chicago, IL 60601

Illinois Health Care Association
P.O. Box 20099
Springfield, IL 62708

Illinois American Water Company
P.O. Box 5127
Carol Stream, IL 60197

Joseph V. Matthew
8913 N. Marion
Morton Grove, IL 60053

Joysy B. Simon
9052 Barberry Lane
Des Plaines, IL 60016

Judith D. Cordova
4836 Kirk St. Unit - A
Skokie, IL 60077

Just Faucets
540 S. Arthur Avenue
Arlington Heights, IL 60005

Keyth Technologies, Inc.
P.O. Box 1132
Glenview, IL 60025

Khalid A. Roberts
9347 S. Claremont
Chicago, IL 60620

Kishor Kannala
3940 W. Ainsle Street, Apt. #2
Chicago, IL 60625

Lake County Medical Gas
1421 S. Armour Boulevard
Mundelein, IL 60060

Laport Chemical & Supply
P.O. Box 36
Winnetka, IL 60093

Local #4 SEIU
7026 W. North Avenue
Elmwood Park, IL 60707

104536.1

Local #4 SEIU
Health & Welfare Fund
7026 W. North Avenue
Chicago, IL 60707

Local #4 SEIU Pension Fund
7026 W. North Avenue
Chicago, IL 60607

M-I-L Staffing
9400 W. Foster, Suite #L10
Chicago, IL 60656

Manisha R. Agnihotri
9124 Barberry Lane
Des Plaines, IL 60016

Maxim Healthcare Services
12558 Collections Center Drive
Chicago, IL 60693

McLeod USA
P.O. Box 3243
Milwaukee, WI 53201

Medical Waste Solutions, Inc.
P.O. Box 64787
Gary, IN 46401

Medwear - Your Choice in Linen & Textiles
2201 Main Street
Evanston, IL 60202

Meenaben J. Tailor
8801 Carleah, Apt. #2S
Des Plaines, IL 60016

Meikem Supply, Inc.
50 Joey Drive
Elk Grove Village, IL 60007

Metro Professional Products
1555A Industrial Drive
Itasca, IL 60143

Michael A. Towles
200 S. Highpoint, Apt. #201
Romeoville, IL 60446

Microfilm Equipment & Supplies
2608 East Devon Avenue
Des Plaines, IL 60018

Midwest Mechanical Services
540 Executive Drive
Willowbrook, IL 60527

Netsight, Inc.
5 Revere Drive, Suite 200
Northbrook, IL 60062

Northern Illinois Clinical Lab
306 Era Drive
Northbrook, IL 60062

Nursing Spectrum
P.O. Box 33130
Newark, NJ 07188

Officemax Contract, Inc.
P.O. Box 92735
Chicago, IL 60675

Omnicare of Northern Illinois
Billing Department
2313 S. Mount Prospect
Des Plaines, IL 60018

On Site Dental Services
George A. Demeros
P.O. Box 3742
Barrington, IL 60011

Personnel Planners, Inc.
913 W Van Buren
Chicago, IL 60607

Philadelphia Insurance Companies
P.O. Box 8500-8955
Philadelphia, PA 19178

Pitney Bowes Credit Corp.
P.O. Box 856460
Louisville, KY 40285

Plumbmaster
P.O. Box 890845
Charlotte, NC 28289

Plumbmaster
P.O. Box 890845
Charlotte, NC 28289

Pre-Paid Legal Service
P.O. Box 2629
Ada, OK 74821

Prime Office Products
400 S. Jefferson Street, Suite #302
Chicago, IL 60607

Professional Medical, Inc.
1917 Garnet Court
New Lenox, IL 60451-1593

Professional Medical, Inc.
1917 Garnet Court
New Lenox, IL 60451

Quality Dairy Distributors
P.O. Box 446
Saint Charles, IL 60174

Quality Dairy Distributors, Inc.
Quality Milk Products LLC
P.O. Box 446
St Charles, IL 60174

Rashid A. Akunji
9450 N. Washington Street, Apt. #2B
Niles, IL 60714

Ricoh Business Systems
P.O. Box 73213
Chicago, IL 73213

Robert C. Jespersen, MD
5701 N. Sheridan Road, Apt. #28S
Chicago, IL 60660

Sammons Preston Rolyan
P.O. Box 93040
Chicago, IL 60673

Santanna Energy Services
P.O. Box 200024
Houston, TX 77216

Selena Mapp
6749 Dempster, Apt. #146
Morton Grove, IL 60053

Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654

Shred-It, Inc.
829 Blackhawk Drive
Westmont, IL 60559

Simplexgrinnell
Dept. CH 10320
Palatine, IL 60055-0320

The Brickman Group, Ltd.
18227D Flower Hill Way
Gaithersburg, MO 20879

The Brickman Group, Ltd.
P.O. Box 71358
Chicago, IL 60694

Thomas K. Thomas
8463 W. Dempster Street, Apt. #B
Niles, IL 60714

Transamerica Life Insurance Company
4333 Edgewood Road NE
Cedar Rapids, IA 52499

104536.1

Tyisha J. Norman
4923 Crain, Apt. #GB
Skokie, IL 60077

SecurTek
1255 Armour Boulevard
Mundelein, IL 60060

William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| GOLFVIEW DEVELOPMENTAL CENTER, INC., | ) | Case No. 05-27057 |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Jacqueline P. Cox |
| | ) | |

SUMMARY COVER SHEET FOR FINAL APPLICATION OF POLSINELLI
SHUGHART PC FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTOR

A.    Name of Applicant: Charles P. Sheets, Jason T. Lundy, Jean Soh and the shareholders,
associates and paralegals of Polsinelli Shughart PC (collectively "Polsinelli").

B.    Authorized to Provide Professional Services to: Golfview Developmental Center, Inc.
("Debtor").

C.    Date of Order Authorizing Employment: July 16, 2008 appointing Polsinelli as Special
Medicaid and Medicare Counsel for the Debtor, effective as of July 14, 2008.

D.    Period for Which Compensation and Reimbursement Is Sought: From July 14, 2008
through and including July 13, 2010.

E.    Amount of Fees Sought: $ 75,003.00.

F.    Amount of Expense Reimbursement Sought: $4,361.31.

G.    This is an: Final fee application.

H.    Prior Fee Applications:

-1-

102039.1

| DATE FILED | PERIOD COVERED | TOTAL REQUESTED (FEES & EXPENSES) | TOTAL ALLOWED (FEES & EXPENSES) | FEES & EXPENSES PREVIOUSLY PAID |
|---|---|---|---|---|
| September 26, 2008 | July 14, 2008 through and including September 16, 2008 | $5,995.30   ($5,989.50 – fees,  $5.80 – expenses) | $5,995.30 ($5,989.50 – fees, $5.80 – expenses) | $5,995.30 |
| January 26, 2009 | September 17, 2008 through and including January 20, 2009 | $15,041.06 ($14,706.50– fees, $334.56 – expenses), as amended and reduced in open court to $13,258.06 ($13,069.00 – fees, $189.16 – expenses) | $13,063.16 ($12,880.00 – fees, $183.16 – expenses) | $13,063.16 |
| August 7, 2009 as amended September 10, 2009 | January 21, 2009 through and including June 24, 2009 | $13,941.27 ($13,612.00– fees, $329.27– expenses) | $13,941.27 ($13,612.00– fees, $329.27– expenses) | $13,941.27 |
| December 2, 2009 | March 20, 2009 through and including November 25, 2009 | $10,259.90 ($10,147.50- fees, $112.40-expenses) | $10,259.90 ($10,147.50-fees, $112.40-expenses) | $10,259.90 |
| April 14, 2010 | November 29, 2009 through and including February 26, 2010 | $14,743.30 ($13,120.50 – fees, $1,622.80 – expenses) | $14,743.30 ($13,120.50 – fees, $1,622.80 – expenses) | $14,743.30 |
| July 28, 2010 | March 2, 2010 through and including July 13, 2010 | $21,361.38 ($19,253.50 – fees, $2,107.88 – expenses) | | |

Respectfully submitted,

**POLSINELLI SHUGHART PC**

Date:  July 28, 2010    By:_____  /s/ Jean Soh_____

- 2 -

Charles P. Sheets (ARDC # 6184912)
Jason T. Lundy (ARDC # 6270191)
Jean Soh (ARDC # 6285187)
POLSINELLI SHUGHART PC
161 N. Clark St., Ste. 4200
Chicago, Illinois 60601
(312) 819-1900 Telephone
(312) 819-1910 Facsimile

SPECIAL MEDICAID AND MEDICARE COUNSEL TO THE DEBTOR

102039.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| GOLFVIEW DEVELOPMENTAL CENTER, | ) | Case No. 05-27057 |
| INC., | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |

### FINAL APPLICATION OF POLSINELLI SHUGHART PC
### FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
### OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTOR

Special Medicaid and Medicare counsel for the Debtor, Charles P. Sheets, Jason T. Lundy, Fredric Entin, Matthew Murer, and the shareholders, associates and paralegals of Polsinelli Shughart PC (collectively "Polsinelli"), pursuant to sections 327, 328, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), and the United States Trustee Fee Guidelines — Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58) (the "UST Guidelines"), hereby submits this final application (the "Application") for compensation of services rendered and reimbursement of expenses incurred on behalf of the Debtor for the period from July 14, 2008 through July 13, 2010 (the "Final Compensation Period"), seeking allowance of (i) $75,003.00 for the actual, reasonable, and necessary legal services rendered by Polsinelli, and (ii) $4,361.31 for the actual, reasonable and necessary expenses incurred by Polsinelli. In support of the Application, Polsinelli respectfully states as follows:

1

## BACKGROUND AND JURISDICTION

1.      The Debtor and Debtor in Possession, Golfview Developmental Center, Inc. (the "Debtor") commenced the above-captioned case when it filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §101 *et. seq.*, hereinafter the hereinafter the "Code") on July 7, 2005 (the "Petition Date").

2.      Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor has continued in the management and possession of its business as debtor in possession since the Petition Date.

3.      No trustee or examiner has been appointed in this chapter 11 case, and no committee has been appointed or designated.

4.      The Court authorized Polsinelli's retention as Debtor's Special Medicare and Medicaid Counsel effective as of July 14, 2007 (the "Employment Order") (Docket #190), pursuant to 11 U.S.C. §§327 and 1103.

5.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are sections 327, 328, 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 5082-1, and the UST Guidelines.

## RELIEF REQUESTED

6.      This is Polsinelli's Final Application for the payment of its fees and expenses and Polsinelli submits this Final Application pursuant to the Federal Rules of Bankruptcy Procedure and all applicable local rules.

7.      Polsinelli filed the following fee applications:

-2-

102039.1

a. On September 26, 2008, the First Interim Fee Application covering July 14, 2008 through and including September 16, 2008 in the amount of $5,989.50 for fees and $5.80 in expenses [Docket No. 201].

b. On January 26, 2009, the Second Interim Fee Application covering September 17, 2008 through and including January 20, 2009 in the amount of $14,706.50 for fees, as amended and reduced in open court to $13,069.00, and $334.56 in expenses, as amended and reduced in open court to $189.16 [Docket No. 217].

c. On August 7, 2009 as amended September 10, 2009, the Third Interim Fee Application covering January 21, 2009 through and including June 24, 2009 in the amount of $13,612.00 for fees and $329.27 in expenses [Docket No. 234];

d. On December 2, 2009, the Fourth Interim Fee Application covering March 20, 2009 through and including November 25, 2009 in the amount of $10,147.50 for fees and $112.40 in expenses [Docket No. 252];

e. On April 14, 2010, the Fifth Interim Fee Application covering November 29, 2009 through and including February 26, 2010 in the amount of $13,120.50 for fees and $1,622.80 in expenses [Docket No. 272];

f. On July 28, 2010, concurrently filed is the Sixth Interim Fee Application covering March 2, 2010 through and including July 13, 2010 in the amount of $19,253.50 for fees and $2,107.88 in expenses.

8.    By this Application, Polsinelli seeks final approval of the above fee applications in the total amount of $75,003.00 for fees and $4,361.31 in expenses for the Final Compensation Period.

-3-

## SUMMARY OF PRINCIPAL SERVICES RENDERED

9.      In general, the services that Polsinelli rendered the Debtor as its Special Medicare and Medicaid Counsel included, without limitation, the following: (a) contesting the capital component of the per diem reimbursement rate; (b) handling matters concerning the State's audits and inspections; (c) addressing any other regulatory matters that arose during the pendency of this case; (d) acting on the Debtor's guardianship matters; (e) preparing, filing and presentation of fee applications; (f) attainment of Medicaid payment for services rendered; and (g) responses to audit request.

10.     Attached hereto as **Exhibit A** is a summary statement of all principal activities performed by Polsinelli, providing the total compensation requested in connection with each activity, further described below. During the Final Compensation Period, Polsinelli billed a total of 239.30 hours.

11.     Attached hereto as **Exhibit B** is a list of the name and position of each person who performed work on each task and activity, the approximate number of hours worked during the Final Compensation Period, the average hourly rate for each professional and paraprofessional for whom compensation is requested, and the total compensation sought for each person's work.

## SERVICES RENDERED BY MATTER CATEGORIES

12.     To assist the Court, creditors and other parties in interest to evaluate this final fee application and determine the reasonableness of the requested compensation and cost reimbursement, Polsinelli has designated nine categories of services. Group **Exhibit C** attached hereto (a) identifies the individuals that rendered services in each category; (b) describes each activity or service that each individual performed; (c) including the date the work was

- 4 -

performed; (d) provides a statement of the nature of the work; (e) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services; and (f) provides the fee charged for the work described in each entry.

a.    Fee Applications

Time spent in this category was dedicated to the preparation, filing, reconciliation and presentation of all interim fee applications.

| Professional/Position | Hours | Fee |
|---|---|---|
| Charles P. Sheets (Partner) | 2.30 | $1,092.50 |
| Jean Soh (Associate) | 37.10 | $8,802.50 |
| TOTAL: | 39.40 | $9,895.00 |

b.    Medicare and Medicaid Related Services

Time spent in this category related to the time spent as special health care counsel to Debtor, mostly continuing negotiations of a higher Medicaid reimbursement rate from the Illinois Department of Human Services, in order to increase revenue. Specifically, Polsinelli monitored legislative policies, requested hardship and expedited payments, and conducted analyses of safety code deficiencies.

| Professional/Position | Hours | Fee |
|---|---|---|
| Charles P. Sheets (Partner) | 10.40 | $4,940.00 |
| Jason T. Lundy (Partner) | 2.80 | $910.00 |
| TOTAL: | 13.20 | $5,850.00 |

c.    Safety Code Issues

Time spent in this category primarily related to the IDPH Life Safety Code Survey, drafting temporary waiver requests in response, researching definition and scope of "abuse," as

well as exchanging correspondence with the IDPH regarding citations and corrective actions. This category included research for a key-lock safety system for compliance with Life Safety Code restrictions for means of egress, and application for same in IDPH Plan Review submission.

| Professional/Position | Hours | Fee |
|---|---|---|
| Charles P. Sheets (Partner) | 2.20 | $1,045.00 |
| Jason T. Lundy (Partner) | 45.60 | $15,067.50 |
| Kathryn M. Stalmack (Associate) | 5.10 | $1,326.00 |
| Jean Soh (Associate) | 0.90 | $211.50 |
| TOTAL: | 53.80 | $17,650.00 |

d.    Non-Profit Issues

Time spent in this category related to discussion of the advantages and disadvantages of conversion from for-profit to non-profit status with counsel with expertise in this area, and included conferences with the client.

| Professional/Position | Hours | Fee |
|---|---|---|
| Charles P. Sheets (Partner) | 3.60 | $1,710.00 |
| Douglas K. Anning (Partner) | 1.50 | $525.00 |
| TOTAL: | 5.10 | $2,235.00 |

e.    Guardianship Matters

Time spent in this category related to the Debtor's guardianship matters, including drafting of affidavits and petitions for guardianship and attending hearings for appointment of guardians, seeking replacement guardians by petition, which involved drafting of pleadings, affidavits and presentation of same.

-6-

| Professional/Position | Hours | Fee |
|---|---|---|
| Charles P. Sheets (Partner) | 0.30 | $142.50 |
| Jason T. Lundy (Partner) | 2.70 | $901.50 |
| Kathryn M. Stalmack (Associate) | 3.60 | $936.00 |
| Carina M.C. Segalini (Associate) | 10.95 | $2,641.00 |
| TOTAL: | 17.02 | $4,135.00 |

f.   IDPH Litigation

Time was spent in this category primarily related to defense in IDPH litigation, including communications, document review, drafting and responding to discovery requests, developing case strategy, preparations for administrative hearings, and review of Statement of Deficiencies, Statement of Violations and investigation of same.

| Professional/Position | Hours | Fee |
|---|---|---|
| Charles P. Sheets (Partner) | 0.30 | $142.50 |
| Jason T. Lundy (Partner) | 33.80 | $11,492.00 |
| Larry K. Harris (Partner) | 0.30 | $97.50 |
| Kathryn M. Stalmack (Associate) | 43.10 | $11,206.00 |
| Mary C. Igou (Paralegal) | 2.70 | $337.50 |
| TOTAL: | 80.20 | $23,275.50 |

g.   Audit

Time spent in this category related to the Debtor's request for an audit response and included the due diligence to generate such response such as review of billing records and the solicitation of responses from timekeepers and the drafting of the response. Also, time was spent addressing possible settlement for audit assessments.

- 7 -

| Professional/Position | Hours | Fee |
|---|---|---|
| Charles P. Sheets (Partner) | 2.10 | $997.50 |
| Lisa M. Schultes (Senior Partner) | 0.40 | $140.00 |
| Shirley R. Parsons (Analyst) | 1.50 | $145.00 |
| Shawn McFerrin (Paralegal) | 4.40 | $324.00 |
| TOTAL: | 8.40 | $1,606.50 |

h.    Rate Cuts and Legislation

Time spent in this category involved conferences regarding reimbursement rate reductions and appropriation and legislation to restore a rate cut in order to increase revenue.

| Professional/Position | Hours | Fee |
|---|---|---|
| Charles P. Sheets (Partner) | 0.60 | $285.00 |
| TOTAL: | 0.60 | $285.00 |

i.    Payment Issues

Time spent in this category related to addressing assessment taxes, including discussion of HFS proposal. It also included acquiring Medicaid payment for services rendered, which included conferences with the client relating to possible rate challenge and lobbyists. Discussions were related to the prompt payment provision and possible legislation of same, replacement of reserves and operating funds for the Debtor, as well as options for expedited payment. Time was expended on preparing for a motion to compel.

| Professional/Position | Hours | Fee |
|---|---|---|
| Charles P. Sheets (Partner) | 21.60 | $10,260.00 |
| TOTAL: | 21.60 | $10,260.00 |

- 8-

13.     The services provided by Polsinelli during the Final Compensation Period were rendered to ensure no unnecessary duplication, and are grouped into the categories set forth in Exhibit A. The attorneys and para-professional who rendered services relating to each category are identified in Exhibit B. For the Final Compensation Period, Polsinelli has incurred a total of $75,003.00 for legal services rendered.

## ACTUAL AND NECESSARY EXPENSES

14.     It is Polsinelli's policy to charge its clients for certain non-overhead expenses incurred in connection with the case that would not have been incurred except for representation of that particular client. It is also Polsinelli's policy to charge its clients only the amount actually incurred by Polsinelli in connection with such items, which include, but are not limited to, long distance telephone charges, mail and express mail charges, messenger delivery, travel expenses, and photocopying charges.

15.     The reimbursement of expenses requested by Polsinelli are those expenses normally billed to the firm's clients in other cases. Billing for these expenses is the standard practice for the law firms involved with providing advice to debtors. The expenses and disbursements for which allowance is set forth by date and description on **Exhibit D** attached hereto, and total $4,361.31.

## STANDARDS FOR APPROVAL OF APPLICATION

16.     United States Bankruptcy Code § 330(a) sets forth the applicable standards for compensation of retained professionals.

17.     The rates charged by Polsinelli in their interim fee applications were the usual and customary hourly rates charged by Polsinelli to other clients. These rates are comparable with, or lower than, the rates generally charged by other Chicago law firms that provide legal services

-9-

102039.1

in connection with representation of Chapter 11 debtors. The amounts requested are fair and reasonable given (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

18.     Polsinelli's final compensation request is reasonable and the services rendered were necessary. Without the efforts of Polsinelli, any significant recovery for creditors would be unlikely.

19.     Polsinelli submits that a final award of its interim compensation and expense reimbursement as requested is appropriate in the circumstances of this case.

20.     No agreement exists between Polsinelli and any third party for the sharing of compensation received by Polsinelli in connection with this case, except as allowed by United States Bankruptcy Code § 504 and Bankruptcy Rule 2016 with respect to the sharing of compensation among the shareholders and associates of Polsinelli.

21.     This is Polsinelli's final fee application in this case.

WHEREFORE, Polsinelli respectfully requests that the Court enter an order:

a.     granting Polsinelli an allowance of final compensation for professional fees in the amount of $75,003.00;

b.     granting Polsinelli an allowance of expense reimbursement in the amount of $4,361.31 incurred during this Final Compensation Period; and

c.     granting Polsinelli such other and further relief as may be just.

- 10-

102039.1

Respectfully submitted,

**POLSINELLI SHUGHART PC**

Date: July 28, 2010          By: _____ /s/   Jean Soh _____

Charles P. Sheets (ARDC # 6184912)
Jason T. Lundy (ARDC # 6270191)
Jean Soh (ARDC # 6285187)
POLSINELLI SHUGHART PC
161 N. Clark St., Ste. 4200
Chicago, Illinois 60601
(312) 819-1900 Telephone
(312) 819-1910 Facsimile

SPECIAL MEDICAID AND MEDICARE COUNSEL TO THE DEBTOR

056514 / 127057
JESOH  79247.1

- 11-

102039.1