UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| GOLFVIEW DEVELOPMENTAL CENTER, INC., | ) CASE NO:   05 B 27057 |
| | ) |
| | ) HEARING DATE:   August 18, 2010 |
| DEBTOR. | ) HEARING TIME:   9:30 a.m. |
| | ) |
| | ) HON. JACQUELINE P. COX |
| | ) BANKRUPTCY JUDGE |

**NOTICE OF MOTION**

To:    *See Attached Service List*

**PLEASE TAKE NOTICE THAT** on the 18th day of August, 2010 at 9:30 a.m. or soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox, or any other judge sitting in his stead, in Courtroom 619 of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, and present the *FINAL FEE APPLICATION OF SHEFSKY & FROELICH, LTD.* a true and correct copy of which is attached hereto.

Dated: July 28, 2010                    Shefsky & Froelich Ltd.
                                        Special Health Care Counsel


                                        By:  /s/ Heather A. Jackson
                                            One of Its Attorneys

Judith S. Sherwin (#2585529)
Heather A. Jackson (#6243164)
Shefsky & Froelich Ltd.
111 East Wacker Drive, #2800
Chicago, Illinois 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| GOLFVIEW DEVELOPMENTAL CENTER, INC., | ) CASE NO:    05 B 27057 |
| | ) |
| | ) HEARING DATE:    August 18, 2010 |
| DEBTOR. | ) HEARING TIME:    9:30 a.m. |
| | ) |
| | ) HON. JACQUELINE P. COX |
| | ) BANKRUPTCY JUDGE |

**FINAL FEE APPLICATION OF SHEFSKY & FROELICH, LTD.**

Judith S. Sherwin, Special Health Care Counsel to the Debtor ("SHCC"), respectfully submits the final fee application ("Fee Application") for (a) compensation and reimbursement of expenses for the services of Shefsky & Froelich, Ltd. and Judith S. Sherwin (collectively, "Shefsky") in connection with the above-referenced case for the time period of February 1, 2008 through July 15, 2010 (the "Application Period") and (b) final approval of amounts previously allowed on an interim basis for compensation and reimbursement of expenses incurred relating to the services of Shefsky in connection with the above-referenced case. In support of this Fee Application, SHCC respectfully states as follows:

1. On July 7, 2005, Golfview Developmental Center, Inc., (the "Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. On October 12, 2005, an Order was entered authorizing the employment and retention of Shefsky as Special Health Care Counsel to Debtor. A copy of the Order is attached hereto as Exhibit A.

3. SHCC has submitted, and the Court has approved on an interim basis, six previous fee petitions, for $273,448.50 for professional services and $6,262.65 for

reimbursement of costs. SHCC seeks final approval of this amount previously paid on an interim basis. Copies of the Orders on those fee petitions are attached hereto as Exhibit B.

4. In this Fee Application, SHCC requests additional approval of a total of $9,774.50 for professional services rendered and costs incurred by Shefsky during the Application Period. SHCC requests reimbursement of expenses in the amount of $1,000.44.

5. Shefsky bills up to $495.00 per hour for professional services. All work performed by Shefsky was in connection with the performance of general legal services, legal services related to hearing representation and negotiation on regulatory health care matters in the State of Illinois, appointment of guardians for residents of Debtor's facility, and the involuntary discharge of a resident of Debtor's facility.

6. Fees and reimbursable expenses as reflected in the invoiced amounts are as follows:

| Invoice No. | Matter | Fees | Costs | Total of Invoiced Amount |
|---|---|---|---|---|
| 75316 | General | 237.50 | 0.00 | $237.50 |
| 76013 | General | 1,925.00 | 56.64 | $1,981.64 |
| 77101 | General | 613.00 | 596.80 | $1,209.80 |
| 77525 | General | 34.50 | 0.00 | $34.50 |
| 77526 | Guardianship | 750.00 | 199.54 | $949.54 |
| 77995 | General | 522.50 | 0.00 | $522.50 |
| 80663 | General | 39.50 | 0.00 | $39.50 |
| 83012 | General | 247.50 | 0.40 | $247.90 |
| 83949 | General | 148.50 | 3.10 | $151.60 |
| 84622 | General | 396.00 | 7.50 | $403.50 |
| 84623 | Guardianship | 750.00 | 0.40 | $750.40 |
| 84624 | Guardianship | 750.00 | 0.00 | $750.00 |
| 87843 | Guardianship | 750.00 | 190.20 | $940.20 |
| 88538 | Guardianship | 750.00 | 12.20 | $762.20 |
| 92512 | General | 445.50 | 6.37 | $451.87 |
| 93084 | General | 1,415.00 | 0.00 | $1,415.00 |

Certain expenses incurred in connection with the representation have been cut after the invoice was issued. Therefore, the amount sought through this fee petition is less than the invoiced amount. Specifically, charges for photocopying expenses have been cut to reduce the amount to

2

$0.10 per page and facsimile charges and mobile phone charges have been eliminated. The proper amount sought in fees and expenses through this Fee Petition for the Application Period is set forth in Paragraph 10 herein.

7. Shefsky performed legal services on six matters (including five separate guardianships) during the Application Period as set forth below, for fees totaling the amounts set forth below:

| Tab | Matter | Amount |
|---|---|---|
| C | General | $6,024.50 |
| D | Guardianship | $3,750.00 |
| | TOTAL | $9,774.50 |

8. **General.** Shefsky performed general work, including bankruptcy related matters. An itemized summary of the time spent is attached hereto as Exhibit C. Shefsky seeks fees in the amount of $6,024.50.

| Date of Invoice | Invoice No. | Amount of Fees |
|---|---|---|
| 03/19/2008 | 75316 | $237.50 |
| 04/14/2008 | 76013 | $1,925.00 |
| 05/28/2008 | 77101 | $613.00 |
| 06/13/2008 | 77525 | $34.50 |
| 07/15/2008 | 77995 | $522.50 |
| 10/31/2008 | 80663 | $39.50 |
| 02/13/2009 | 83012 | $247.50 |
| 03/20/2009 | 83949 | $148.50 |
| 04/17/2009 | 84622 | $396.00 |
| 04/20/2010 | 92512 | $445.50 |
| 05/14/2010 | 93084 | $1,415.00 |
| | TOTAL | $6,024.50 |

9. **Guardianship.** Shefsky provided legal services in connection with the appointment of guardians for residents in Debtor's facility (the "Guardianships"). Shefsky has a flat fee arrangement with Debtor, whereby Debtor would pay Shefsky a flat fee of $750 for all services relating to a particular guardianship. A summary of time spent on the Guardianships is attached hereto as Exhibit D. As is revealed by Exhibit D, if billed on an hourly basis, the fees

3

incurred thus far with the Guardianships would exceed $750. In addition, the time expended in connection with the Guardianships is not limited to that expended during the Application Period. Therefore, payment to Shefsky according to the flat fee arrangement previously in place would actually save the estate money. Shefsky seeks only the $750 according to the previous flat fee arrangement. Shefsky seeks fees in the amount of $3,750.00 relating to the five Guardianships.

| Date of Invoice | Invoice No. | Amount of Fees |
|---|---|---|
| 06/13/2008 | 77526 | $750.00 |
| 04/17/2009 | 84623 | $750.00 |
| 04/17/2009 | 84624 | $750.00 |
| 09/18/2009 | 87843 | $750.00 |
| 10/16/2009 | 88538 | $750.00 |
| | TOTAL | $3,750.00 |

10. Set forth below is a summary of reimbursable expenses related to each of these matters:

| Exhibit | Invoice | Description | Matter | Amount |
|---|---|---|---|---|
| D | 77526 | Photocopies | Guardianship | $2.30 |
| D | 77526 | Messenger Services | Guardianship | $25.24 |
| D | 77526 | Travel Expenses | Guardianship | $18.00 |
| D | 77526 | Filing Fees | Guardianship | $154.00 |
| C | 83012 | Photocopies | General | $.40 |
| C | 83949 | Photocopies | General | $3.10 |
| C | 76013 | Photocopies | General | $1.60 |
| C | 77101 | Photocopies | General | $351.50 |
| C | 77101 | Postage | General | $243.80 |
| C | 84622 | Photocopies | General | $7.50 |
| D | 84623 | Photocopies | Guardianship | $.40 |
| D | 87843 | Photocopies | Guardianship | $1.20 |
| D | 87843 | Filing Fees | Guardianship | $189.00 |
| D | 88538 | Photocopies | Guardianship | $.20 |
| C | 92512 | Photocopies | General | $2.20 |
| | | | TOTAL | $1,000.44 |

Backup for expenses is attached hereto as Exhibit E. SHCC seeks reimbursement for a lesser amount of fees than those set forth in the invoices attached hereto because photocopying charges have been cut to $.10 per page (or less), and because facsimile charges have been eliminated in accordance with the direction of this Court.

4

11. SHCC asserts that the compensation requested above is reasonable compensation for the actual and necessary services rendered based upon the time, nature, and extent and value of such services. SHCC further assets that the cost of services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code and complies with this Court's standing order on the allowance of certain expenses.

12. The Debtor has given notice and a copy of this Motion to all secured creditors of the Debtor, the Debtor's twenty largest unsecured creditors, the Office of the United States Trustee, and the Debtor's service list via U.S. Mail. SHCC respectfully requests that the notice of the hearing on this application be deemed sufficient pursuant to Fed.R.Bankr.P. 2002(a)(6), 2002(i) and 9007.

WHEREFORE, SHCC prays for the entry of an Order (a) approving the fees for professional service rendered by SHCC during the Application Period of $9,774.50; (b) allowing final compensation for actual and necessary legal services in the amount of $283,223 of which $273,448.50 has been paid, and $9,774.50 is currently unpaid; (c) allowing SHCC final reimbursement of actual, necessary expenses in the amount of $7,263.09, of which $6,262.65 has been paid and $1,000.44 is unpaid; and (d) authorizing and directing Debtor to paid the total unpaid compensation and expense reimbursement to Shefsky in the amount of $10,774.94; and (e) grant such other and further relief as this Court deems just and equitable.

Dated: July 28, 2010      Respectfully submitted,
Shefsky & Froelich Ltd.,
Special Health Care Counsel

By: /s/ Heather A. Jackson

Judith S. Sherwin (#2585529)
Heather A. Jackson (#6243164)
Shefsky & Froelich Ltd.
111 E. Wacker Drive, #2800
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011

1156235_1.DOC

5

## CERTIFICATE OF SERVICE

I, Heather Jackson, certify that on July 28, 2010, I served this Notice of Motion and the document referred to herein to all persons who have followed the electronic notice procedures in the above-referenced case, I served this on the persons listed on the attached Service List via United States Mail on July 29, 2010, and by electronically filing the same with the United States Bankruptcy Court.

/s/ Heather A. Jackson

## GOLFVIEW DEVELOPMENTAL CENTER, INC. SERVICE LIST

F. Alexis Tretter
Foley & Lardner LLP
321 N. Clark Street, #2800
Chicago, IL 60610

William T. Neary
Office of the United States Trustee
Region 11
227 W. Monroe Street, #3350
Chicago, IL 60606

David J. Fischer
Scott A. Semenek
Jeffrey L. Gansberg
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606

Golfview Partnership Venture
Attn: Anthony R. Miner
9555 West Golf Road
Des Plaines, IL 60016

Glenkirk Association for Retarded Citizens
Attn: Robert Suder
3504 Commercial Drive
Northbrook, IL 60062

American International Companies
c/o AIG Claims Services
P.O. Box 25971
Shawnee Mission, Kansas 66225

Professional Medical, Inc.
Attn: Matt Barnes
1917 Garnet Court
New Lenox, IL 60451

On-Site Dental Services
Attn: Dr. George A. Demeros
P.O. Box 3742
Barrington, IL 60011

Netsight, Inc.
Attn: Rick Agnew
5 Revere Drive, Suite 200
Northbrook, IL 60062

Meikem Supply, Inc.
Attn: Bob Meier
50 Joey Drive
Elk Grove Village, IL 60007

Anderson Elevator Co.
Attn: Greg Gibbs
South West Industries, Inc.
2801 South 19th Avenue
Broadview, IL 60155

The Brickman Group, Ltd.
P.O. Box 71358
Chicago, IL 60694

Ms. Julie Kwiek
Director of Collective Bargaining
SEIU, Local 4
7026 West North Avenue
Chicago, IL 60707

Vicki Peloguin
Parkway Bank & Trust Co.
4820 North Harlem Avenue
Harwood Heights, IL 60706

Ford Credit
P.O. Box 219825
Kansas City, MO 64121-9825

Santana Energy Services
P.O. Box 200024
Houston, TX 77216-0024

Midwest Mechanical Services
540 Executive Drive
Willowbrook, IL 60527

Keyth Technologies, Inc.
P.O. Box 1132
Glenview, IL 60025

Health Management Systems
Attn: Anthony R. Miner
9555 West Golf Road
Des Plaines, IL 60016

Illinois Department of Public Aid
Attn: Mashelle Rose
Bureau of Prog. & Reimb. Analysis
P.O. Box 19491
Springfield, IL 62794

David L. Shaw
Attorney for Bertram L. Miner
Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60610

Philadelphia Insurance Companies
P.O. Box 8500-8955
Philadelphia, PA 19178

Simplex-Grinnell
Dept. CH 10320
Palatine, IL 60055

First Insurance Funding Corporation
460 Skokie Boulevard, Suite #1000
Northbrook, IL 60065

Direct Supply Equipment
Box 88201
Milwaukee, WI 53288

Comprehensive Therapeutics, Ltd.
3703 West Lake Avenue, Suite 200
Glenview, IL 60025

Dr. Brian Chicoine
Advocate Medical Group
1999 Dempster Street
Park Ridge, IL 60068

Mr. Bill Belkov
Field Examiner
National Labor Relations Board
Region 13
209 West Adams Street
Chicago, IL 60606

M. Gretchen Silver
Office of the United States Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

American Honda Finance Corp.
P.O. Box 650024
Dallas, TX 75265

ComEd
P.O. Box 805376
Chicago, IL 60680-5376

McLeod USA
P.O. Box 3243
Milwaukee, WI 53201-3243

Illinois American Water
P.O. Box 578
Alton, IL 62002-0578

Golfview Realty Partnership
9555 West Golf Road
Des Plaines, IL 60016

Richard N. Golding
Law Offices of Richard N. Golding
500 North Dearborn Street, 2nd Floor
Chicago, IL 60610

2

William J. Wire
Administer, Local No. 4
Health and Welfare Fund
7026 West North Avenue
Chicago, IL 60707

Securtek
1255 Armour Boulevard
Mundelein, IL 60060

Northern Illinois Clinical Lab
306 Era Drive
Northbrook, IL 60602

HRM Recruitment Firm
Presidential Towers
100 E. Chicago Street, Suite #400
Elgin, IL 60120

Ricoh Business Systems
P.O. Box 73213
Chicago, IL 60673

Maxim Healthcare Services
12558 Collections Center Drive
Chicago, IL 60693

Savin Credit Corp.
21146 Network Place
Chicago, IL 60673

LifeStyle Options, Inc.
999 N. Plaza Drive, Suite 790
Schaumburg, IL 60173-5409

George Hemberger
SEIU Local 4
7026 West North Avenue
Chicago, IL 60707

Cynthia Chow & Associates
5061 N. Pulaski
Chicago, IL 60630

Christopher H. Purcell
Sherman & Sherman
120 S. LaSalle Street
Chicago, IL 60603

Health Data Systems, Inc.
1515 E. Woodfield Road, Suite 104
Schaumburg, IL 60173

Omnicare of Northern Illinois
Billing Department
2313 S. Mount Prospect
Des Plaines, IL 60018

Bechtold Vision Services
1014 Mapleton Avenue
Oak Park, IL 60302

Anderson Pest Control
219 W. Diversey
Elmhurst, IL 60126

Pitney Bowes Credit Corp.
P.O. Box 856460
Louisville, KY 40285

Microfile Equipment & Supplies
232 Howard Avenue
Des Plaines, IL 60018-1906

Currie Motors Ford
9423 W. Lincoln Highway
Frankfort, IL 60423-1398

1081257_1.DOC

3