IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GOLFVIEW DEVELOPMENTAL | ) | Case No. 05-27057 |
| CENTER, INC., | ) | |
| | ) | Honorable Jacqueline P. Cox |
| Debtor. | ) | |

## ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO WILDMAN, HARROLD, ALLEN & DIXON LLP

This matter coming before the Court on the Sixth and Final Application (the "Final Application") of Wildman, Harrold, Allen & Dixon LLP ("Wildman"), counsel to Golfview Developmental Center, Inc. (the "Debtor"), for allowance and payment of compensation and reimbursement of expenses for the period of July 7, 2005 through August 10, 2010; the Court having reviewed the Final Application and having heard the statements of counsel regarding the relief requested in the Final Application at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Final Application and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Final Application and at the Hearing establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.       The Final Application is GRANTED, on a final basis.

2.       Wildman is hereby allowed $ 496,174.25 in compensation for the Final

Application Period of July 7, 2005 through August 10, 2010 on a final basis;

3.      Wildman is hereby allowed $ 19,051.36 in expense reimbursement for

the Final Application Period of July 7, 2005 through August 10, 2010 on a final basis;

4.      The Debtor is authorized and directed to pay Wildman the amount of

$ 81,734.00 , representing the unpaid fees for the period of November 16, 2009 through

August 10, 2010, allowed through this Final Application, as and when the Debtor has sufficient

funds on hand to pay such amounts; and

5.      The Debtor is authorized and directed to pay Wildman the amount of

$ 4,641.45 , representing the unpaid expenses for the period of November 16, 2009 through

August 10, 2010, allowed through this Final Application, as and when the Debtor has sufficient

funds on hand to pay such amounts.

Dated:  September 16, 2010          J. Cox

*Jacqueline P. Cox*

Honorable Jacqueline P. Cox

# WILDMAN, HARROLD, ALLEN & DIXON LLP

### 225 West Wacker Drive, Chicago, Illinois 60606-1229
### 312-201-2000

Tax ID. No. 36-2615899

GOLFVIEW DEVELOPMENTAL CENTER, INC.
9555 WEST GOLF ROAD
DES PLAINES, IL 60055

AUGUST 10, 2010
INVOICE NO. 430165

FILE NO. G3121.00001

IN THE MATTER OF:

GENERAL

INTERIM STATEMENT FOR DISBURSEMENTS INCURRED
NOVEMBER 16, 2009 THROUGH AUGUST 10, 2010

## DISBURSEMENTS INCURRED:

| | | |
|---|---|---|
| 3/10/10 | TAXI FROM COURT - 3/9/10 - DAVID J. FISCHER | 7.00 |
| 3/19/10 | WORKED LATE ON GOLFVIEW - TAXI HOME - 3/8/10 - JOY LYU MONAHAN | 22.00 (11) |
| 4/30/10 | SEARCHES/PACER NET TRANSACTION- 01/1/10 - 03/31/10 - PACER SERVICE CENTER | 28.32 |
| 4/30/10 | SEARCHES/PACER NET TRANSACTION- 01/1/10 - 03/31/10 - PACER SERVICE CENTER | 78.96 |
| 5/26/10 | TAXI FROM COURT FOR GOLFVIEW HEARING - 5/18/10 - JOY LYU MONAHAN | 7.00 (11) |
| 6/25/10 | TAXI TO COURT - 6/22/10 - JOY LYU MONAHAN | 7.00 (11) |
| 7/27/10 | TAXI TO/FROM COURT FOR GOLFVIEW - 7/13/10 - JOY LYU MONAHAN | 14.00 (11) |
| | FACSIMILE CHARGES | 6.00 |
| | POSTAGE | 1,068.25 |
| | REPRODUCTION EXPENSE | 5,349.30 |
| | WESTLAW | 476.59 |

| | |
|---|---|
| **CURRENT DISBURSEMENTS** | $7,064.42 |
| **CURRENT FEES AND DISBURSEMENTS** | $7,064.42 |
| **TOTAL BALANCE DUE** | $7,064.42 |