UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| GOLFVIEW DEVELOPMENTAL CENTER, INC., | ) ) | Case No. 05-27057 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

### NOTICE OF MOTION

To: See Attached Certificate of Service

**PLEASE TAKE NOTICE** that, on September 29, 2010 **at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox, or any judge sitting in her stead, in courtroom 619, in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **The Reorganized Debtor's Motion For Entry Of A Final Decree Closing Its Chapter 11 Case**, at which time and place you may appear if you see fit.

Dated: September 22, 2010

Respectfully submitted,

By: /s/ *Joy L. Monahan*
David J. Fischer (Atty. #813745)
Joy L. Monahan (Atty. #6291826)
Mary E. Olson (Atty #6297334)
WILDMAN, HARROLD, ALLEN &
DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606-1229
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

*Attorneys for Golfview Developmental Center, Inc.*

2101872_1.DOC

## CERTIFICATE OF SERVICE

I, Joy L. Monahan, an attorney, certify that I caused a true and correct copy of the **Notice of Motion** and **The Reorganized Debtor's Motion For Entry Of A Final Decree Closing Its Chapter 11 Case** to be served by U.S. Mail to the parties listed on the attached Service List.

**Golfview Developmental Center, Inc.**

By: ___/s/ Joy L. Monahan___
One of Its Attorneys

David J. Fischer (Atty. #813745)
Joy L. Monahan (Atty. #6291826)
Mary E. Olson (Atty. #6297334)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606-1229
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

2101872_1.DOC

# **SERVICE LIST**

Able Electric
7716 Kolmar
Skokie, IL 60076

Alther L Garcia
5343 Madison Street
Skokie, IL 60077

Carrie L Cosgrove
Carrie L Czyzowicz
1474 N Gatewood Ave
Palatine, IL 60067

Cyriac K Joseph
5311 Madison
Skokie, IL 60077

Dipak H Shah
8006 Lyons Street
Niles, IL 60714

Evangeline Segovia
9342 D Noel Avenue
Des Plaines, IL 60016

Joseph V Matthew
8913 N Marion
Morton Grove, IL 60053

Joysy B Simon
9052 Barberry Lane
Des Plaines, IL 60016

Judith D. Cordova
4836 Kirk St. Unit – A
Skokie, IL 60077

Khalid A Roberts
9347 S Claremont
Chicago, IL 60620

Local #4 SEIU
George Hemberger
7026 W North Avenue
Elmwood Park, IL 60707

Local #4 SEIU, Health & Welfare Fund
William J. Wire
7026 W North Avenue
Elmwood Park, IL 60707

Manisha R. Agnihotri
9124 Barberry Lane
Des Plaines, IL 60016

Pre-Paid Legal Service
PO Box 2629
Ada, OK 74821

Rashid A Akunji
9450 N Washington Street, Apt. #2B
Niles, IL 60714

Transamerica Life Insurance Company
4333 Edgewood Road NE
Cedar Rapids, IA 52499

First Insurance Funding Corporation
450 Skokie Boulevard, Suite 1000
Northbrook, IL 60065

Ford Motor Credit Company
P.O. Box 55000
Detroit, MI 48255-0953

Pitney Bowes Credit Corp.
P.O. Box 856460
Louisville, KY 40285

Savin Credit Corp.
21146 Network Place
Chicago, IL 60673

Anderson Elevator Co.
Greg Gibbs
2801 South 19th Avenue
Broadview, IL 60155

Anderson Pest Control
501 W. Lake Street, Suite 204
Elmhurst, IL 60126-1419

Bechtold Vision Services
1014 Mapleton Avenue
Oak Park, IL 60302

Comprehensive Therapeutics, LTD
3703 West Lake Avenue, Suite 200
Glenview, IL 60025

Cynthia Chow & Associates
5061 N. Pulaski
Chicago, IL 60630

Health Data Systems, Inc.
1515 E. Woodfield Road, Suite 104
Schaumburg, IL 60173

HRM Recruitment Firm Inc.
1540 Royal Oak Ln
Lake in the Hills, IL 60156-5532

Maxim Healthcare Services
12558 Collections Center Drive
Chicago, IL 60693

McLeod USA
P.O. Box 3243
Milwaukee, WI 53201-3243

Meikem Supply, Inc.
Bob Meier
50 Joey Drive
Elk Grove Village, IL 60007

Midwest Mechanical Services
540 Executive Drive
Willowbrook, IL 60527

Netsight, Inc.
Rick Agnew
5 Revere Drive, Suite 200
Northbrook, IL 60062

Northern Illinois Clinical Lab.
306 Era Drive
Northbrook, IL 60062

Omnicare of Northern Illinois
Billing Department
2313 S. Mount Prospect,
Des Plaines, IL 60018

Shaw Gussis Fishman Glantz
David L. Shaw
321 North Clark Street, Suite 800
Chicago, IL 60610

Simplex-Grinnell
Dept. CH 10320
Palatine, IL 60055

Department of the Treasury
Internal Revenue Service
230 S Dearborn
Stop 5016-CHI
Chicago, IL 60604

Glenkirk Association for Retarded
Citizens
Robert Suder
3504 Commercial Drive
Northbrook, IL 60062

Illinois Dept of Healthcare & Family
Services
James Newbold
Assistant Attorney General
100 W. Randolph Street
Chicago, IL 60601

Professional Medical, Inc.
1917 Garnet Court
New Lenox, IL 60451-1593

Anderson Lock Co
850 E Oakton
Des Plaines, IL 60018

A.N.S.I., Inc.
P.O Box 95109
Palatine, IL 60095

Automatic Appliance Parts
7757 West Lawrence Avenue
Norridge, IL 60706

Ballert Orthopedic
2445 W. Peterson Avenue
Chicago, IL 60659

ComEd
Bankruptcy Section/Revenue Management
2100 Swift Drive
Oakbrook, IL 60523

Cozzini Brothers, Inc.
P.O. Box 46489
Chicago, IL 60646

DHL Express
PO Box 4723
Houston, TX 77210

Direct Supply Equipment
6767 N Industrial Rd
Milwaukee, WI 53223

Englewood Electrical Supply Co.
737 Oaklawn Avenue
Elmhurst, IL 60126

Express Printing Center
309 N. Wolf Road
Wheeling, IL 60090

Gannett Healthcare Group
2353 Hassell Rd, Suite 11D
Hoffman Estates, IL 60169

GCS Service, Inc.
PO Box 64373
St Paul, MN 55164-0373

Great West Life & Annuity
PO Box 1080
Denver, CO 80201

Hobart Corporation
2185 Estes Avenue
PO Box 1363-60009
Elk Grove Village, IL 60007

Illinois-American Water Company
P.O. Box 578
Alton, IL 62002-0578

Illinois Health Care Association
P.O. Box 20099
Springfield, IL 62708

Just Faucets
540 S. Arthur Avenue
Arlington Heights, IL 60005

Keyth Technologies, Inc.
P.O. Box 1132
Glenview, IL 60025

Laport Chemical & Supply
PO Box 36
Winnetka, IL 60093

Medical Waste Solutions, Inc.
P.O. Box 64787
Gary, IN 46401

Medwear - Your Choice in Linen & Textiles
2201 Main Street
Evanston, IL 60202

On-Site Dental Services
George A. Demeors
P.O. Box 3742
Barrington, IL 60011

Personnel Planners Inc
913 W Van Buren
Chicago, IL 60607

Prime Office Products
400 S. Jefferson Street, Suite 302
Chicago, IL 60607

Quality Dairy Distributors
PO Box 446
Saint Charles, IL 60174

Robert C Jespersen, MD
5701 N Sheridan Road, Apt. #28S
Chicago, IL 60660

Sammons Preston Rolyan
P.O. Box 93040
Chicago, IL 60673

Santanna Energy Services
P.O. Box 200024
Houston, TX 77216-0024

Securtek
1255 Armour Boulevard
Mundelein, IL 60060

Shred-It, Inc.
829 Blackhawk Drive
Westmont, IL 60559

The Brickman Group Ltd
18227 D Flower Hill Way
Gaithersburg, MO 20879

Anthony R. Miner
2544 Wellington Ct.
Evanston, IL 60201

Golfview Partnership Venture
Anthony R. Miner
9555 West Golf Road
Des Plaines, IL 60016

Health Management Systems
Anthony R. Miner
9555 West Golf Road
Des Plaines, IL 60016

Bertram L. Miner
9555 West Golf Road
Des Plaines, IL 60016

Christopher H. Purcell
Sherman & Sherman
120 South LaSalle Street
Chicago, IL 60603

Dr. Brian Chicoine
Advocate Medical Group
1999 Dempster Street
Park Ridge, IL 60068

LifeStyle Options, Inc.
1501 E. Woodfield Rd, Suite 201N
Schaumburg, IL 60173-4961

M. Gretchen Silver
Office of United States Trustee
219 S. Dearborn Street, Suite 873
Chicago, IL 60606

South West Industries, Inc.
2801 South 19th Avenue
Broadview, IL 60155

Department of the Treasury
Internal Revenue Service
230 S Dearborn
Stop 5016-CHI
Chicago, IL 60604

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Judith S. Sherwin
Heather A. Jackson
Shefsky & Froelich
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Charles Sheets
Polsinelli Shalton Flanigan
   Suelthaus PC
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4525
Chicago, IL 60601

Currie Motors Ford
9423 W. Lincoln
Frankfort, IL 60423-1398

Empire Cooler Service
940 West Chicago Avenue
Chicago, IL 60622

Ms. Julie Kwiek
Director of Collective Bargaining
SEIU, Local 4
7026 W North Avenue
Elmwood Park, IL 60707

Richard N. Golding
Law Offices of Richard N. Golding PC
500 N. Dearborn St. 2nd Fl.
Chicago, IL 60610-4900

Vicki Peloguin
Parkway Bank & Trust Co.
4820 North Harlem Avenue
Harwood Heights, IL 60706

Illinois Department of Public Aid
ATTN: Mashelle Rose
Bureau of Prog & Reimb. Analysis
P.O. Box 19491
Springfield, IL 62794

Kenneth S. Pinsky
Warady & Davis LLP
1717 Deerfield Road
Suite 300 South
Deerfield, IL 60015-3977

Michael J. Small
Foley & Lardner LLP
321 N. Clark Street
Suite 2800
Chicago, IL 60610

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| GOLFVIEW DEVELOPMENTAL | ) | |
| CENTER, INC., | ) | Case No. 05-27057 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

**THE REORGANIZED DEBTOR'S MOTION FOR ENTRY OF A FINAL
DECREE CLOSING ITS CHAPTER 11 CASE**

Golfview Developmental Center, Inc. ("Reorganized Golfview" or "Golfview"), pursuant to section 350(a) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 3022, requests the entry of a final decree closing Golfview's Chapter 11 bankruptcy case (the "Motion").[1] In support of this Motion, the Debtor submits the Affidavit of Anthony Miner, President of Golfview Developmental Center, Inc. (the "Miner Affidavit"), a copy of which is attached hereto as Exhibit A and incorporated herein by reference. In further support of this Motion, Golfview respectfully represents as follows:

**Background**

1. On July 7, 2005 (the "Petition Date"), Golfview filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. On July 30, 2010, the Bankruptcy Court entered an order confirming the Debtor's Second Amended Plan of Reorganization (the "Plan") [Docket No. 310].

3. The effective date of the Plan occurred on August 10, 2010 (the "Effective Date"). *See* Miner Affidavit ¶4.

---

[1] All capitalized terms not defined herein shall be defined as set forth in the Debtor's Second Amended Plan ("Plan") and Debtor's Second Amended Disclosure Statement ("Disclosure Statement").

4. Reorganized Golfview has worked diligently to substantially conclude all remaining matters relating to the administration of the estate. *See* Miner Affidavit ¶5

5. Reorganized Golfview worked diligently to resolve and reconcile the Proofs of Claim filed in Golfview's bankruptcy case. *See* Miner Affidavit ¶6. As part of the claims reconciliation process, Golfview and its professionals identified certain claims which were objectionable on one or more grounds and raised appropriate objections. *Id.* On August 5, 2010, Reorganized Debtor filed an omnibus objection to Proofs of Claims No 5, 7, 8, 13, 14, 18, 19, 20, 21, 22, 27 and 33 that were filed with the Clerk of Court [Docket No. 311] (the "Objection"). At the hearing on Objection, the Reorganized Debtor voluntarily withdrew its objection to Proof of Claim No. 22 that was filed by the State of Illinois. On September 8, 2010, the Bankruptcy Court entered an order granting the Objection [Docket No. 318] and resolving all pending claims objections (the "Claims Objection Order"). The claims reconciliation process is now complete. *Id.* Since the entry of the Claims Objection Order, Reorganized Golfview has made its final distribution to the holders of Allowed Class 5 General Unsecured Claims under the Plan. *See* Miner Affidavit ¶7.

6. On August 30, 2010, the Bankruptcy Court entered an order granting the final fee application filed by Shefsky & Froelich Ltd. awarding final compensation in the amount of $9,563.10 and reimbursement of expenses in the amount of $957.44 [Docket No. 315]. On August 30, 2010, the Bankruptcy Court entered an order granting the final fee application filed by Foley & Lardner LLP awarding final compensation in the amount of $226,621.50 and reimbursement of expenses in the amount of $6,176.58 [Docket No. 316]. On August 30, 2010, the Bankruptcy Court entered an order granting the final fee

2101872_1.DOC

2

application filed by Polsinelli Shughart PC awarding final compensation in the amount of $75,003.00 and reimbursement of expenses in the amount of $4,361.31 [Docket No. 317]. On September 17, 2010, the Bankruptcy Court entered an order granting the final fee application filed by Wildman Harrold awarding final compensation in the amount of $496,174.25 and reimbursement of expenses in the amount of $19,051.36 [Docket No. 319]. All final fee applications have been filed and paid pursuant to orders entered by the Bankruptcy Court. *See* Miner Affidavit 8.

7. Since the Effective Date, all Class 1 Other Priority Claims, Class 2 Other Secured Claims, Class 3 DIP Facility Claims and Class 5 Claims General Unsecured Claims have been satisfied pursuant to the Plan. *See* Miner Affidavit ¶9.

8. The Class 4 Secured IHFS Claim, which is held by the State of Illinois, is being paid subject to a settlement agreement which has been approved by the Court and incorporated into the Confirmation Order – allowing the State of Illinois to recoup funds to satisfy its Claims from the funds it pays the Debtor as Reimbursement Payments. *See* Miner Affidavit ¶10.

9. The Plan provides that Reorganized Golfview shall pay the Allowed Class 6 Subordinated General Unsecured Claims after all Class 5 General Unsecured Claims have been paid. The holders of Class 6 Subordinated General Unsecured Claims are Golfview Realty Partnership, HMS and Anthony Miner who do not object to the closing of this case prior to their Claims being paid and/or a sufficient amount being placed in escrow to pay their Claims. *See* Miner Affidavit ¶11.

10. Accordingly, all Claims not held by insiders are: (a) satisfied or (b) subject to Recoupment and are being recouped from the funds paid to Reorganized Golfview by

the State of Illinois. All deposits required under the Plan have been escrowed. There are no remaining contested matters pending before this Court. *See* Miner Affidavit ¶12.

11. Furthermore, Reorganized Golfview is current in the payment of quarterly fees to the United States Trustee. See Miner Affidavit ¶13.

### Relief Requested

12. The Reorganized Debtor respectfully requests that the Bankruptcy Court enter a final decree closing the chapter 11 case.

### Applicable Authority

13. "After an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a). Consistent with the foregoing statute, Rule 3022 of the Federal Rules of Bankruptcy Procedure provides: "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022. Although the term "fully administered" is not defined, the Advisory Committee Note to Bankruptcy Rule 3022 lists the following factors for determining whether a case has been fully administered:

> (1) whether the order confirming the plan has become final, (2) whether deposits required by the plan have been distributed, (3) whether the property proposed by the plan to be transferred has been transferred, (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan, (5) whether payments under the plan have commenced, and (6) whether all motions, contested matters, and adversary proceedings have been finally resolved.

*See also In re Jordan Mfg. Co.*, 138 B.R. 30, 35 (Bankr. C.D.Ill. 1992) (considering the above factors in determining whether a case has been "fully administered"). Furthermore, entry of a final decree should not be delayed because payments required

under the Plan have not been completed or because there is a possibility that the court's jurisdiction may be invoked in the future. *Jordan Mfg. Co.*, 138 B.R. at 35-36 (referring to the Advisory Committee Note to Fed. R. Bankr. P. 3022).

14. In the present case, the factors listed in the Advisory Committee Note to Rule 3022 favor closure of the case: (a) the order confirming the Plan has become final; (b) all deposits required under the Plan have been escrowed; (c) the Plan does not require any transfers of property other than the payments to be made in satisfaction of the various classes of claims, (d) Reorganized Golfview has assumed the management of the business and of the property dealt with by the Plan; (e) the payments required by the Plan have commenced; and (f), all motions, contested matters, and adversary proceedings have been finally resolved.

15. Accordingly, because Golfview's chapter 11 bankruptcy case has been fully administered, Golfview requests entry of a final decree closing the case. *See* Miner Affidavit ¶14.

### Notice

16. Golfview served this motion on the Office of the United States Trustee, the 20 largest creditors, and those who have requested service in Golfview's bankruptcy case. Golfview asserts that such notice is appropriate and sufficient under the circumstances and that no further notice of the motion is necessary.

WHEREFORE, Golfview respectfully requests that the Court enter a Final Decree closing Golfview's Chapter 11 case substantially in the form attached hereto; and grant such other and further relief as may be just and fitting under the circumstances.

Dated: September 22, 2010
      Chicago, Illinois

Respectfully submitted,

By:      /s/ Joy L. Monahan
    David J. Fischer (Atty. #813745)
    Joy L. Monahan (Atty. #6291826)
    Mary E. Olson (Atty #6297334)
    WILDMAN, HARROLD, ALLEN & DIXON LLP
    225 West Wacker Drive, Suite 3000
    Chicago, Illinois 60606-1229
    Telephone: (312) 201-2000
    Facsimile: (312) 201-2555

*Attorneys for Golfview Developmental Center, Inc.*