05-27057:320.2:Motion for Final Decree:Proposed Order Entered: 9/22/2010 2:02:33 PM by:Joy Monahan Page 1 of 1

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| GOLFVIEW DEVELOPMENTAL | ) | |
| CENTER, INC., | ) | Case No. 05-27057 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

### FINAL DECREE CLOSING THE DEBTOR'S CHAPTER 11 CASE

Upon the motion of Golfview Developmental Center, Inc. ("Debtor" or "Golfview"), for entry of a final decree closing the Debtor's chapter 11 case pursuant to 11 U.S.C. § 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Motion"); and due notice of the Motion having been given to the United States Trustee, the 20 largest creditors in the case, and parties who have requested service of pleadings in the Debtor's bankruptcy case; and no other or further notice being required; and after consideration of the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The Debtor's chapter 11 case is hereby closed.

3. Entry of this Final Decree shall not prejudice the Debtor's right to reopen its chapter 11 case pursuant to 11 U.S.C. § 350(b).

*/s/ Jacqueline P. Cox*
_____
United States Bankruptcy Court

9-29-10

2101872_1.DOC